UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | NOTICE OF APPEARANCE |

**04cv10791 RCL**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for the Defendants Town of Salisbury, Salisbury Police Department, and Lawrence Streeter, in the above-referenced matter.

DEFENDANTS,
TOWN OF SALISBURY, SALISBURY
POLICE DEPARTMENT, and
LAWRENCE STREETER,

By their attorney,

_/s/ David C. Jenkins_
David C. Jenkins (BBO# 251000)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 4/20/04

219086/METG/0143