UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN SEARLE,

    Plaintiff,

v.

TOWN OF SALISBURY and
LAWRENCE STREETER,

    Defendants.

Civil Action No. 04 cv 10791-RCL

## NOTICE OF APPEARANCE

Please enter the appearance of Paul J. Klehm and James B. Krasnoo of Law Offices of James Krasnoo as counsel to Plaintiff Susan Searle in this matter.

    The Plaintiff,
    Susan Searle
    By Her Attorneys,

    _____
    James B. Krasnoo  BBO#279300
    Paul J. Klehm  BBO# 561605
    Law Offices of James B. Krasnoo
    23 Main Street
    Andover, MA  01810
    (978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on April 22, 2004.

_____
Paul J. Klehm