UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

    Plaintiff,

v.

TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,

    Defendants.

DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

    Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the defendant, Lawrence Streeter, and his undersigned counsel hereby certify they have conferred:

    1.    with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    2.    to consider the resolution of the litigation through use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Lawrence Streeter

_____
David C. Jenkins (BBO# 251000)
Kopelman and Paige, P.C.
Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Dated: May 12, 2004
220822/60700/0143

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/14/04