UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE<br>    Plaintiff<br><br>v.<br><br>SALISBURY<br>POLICE DEPARTMENT and,<br>LAWRENCE STREETER<br>    Defendants. | Civil Action No. 2004CV10791RCL |

### CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)

I, Susan Searle, hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with my counsel, Paul J. Klehm.

Dated: Aug 6, 2004

_____
Susan Searle

Dated: _____

_____
Paul J. Klehm

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all attorneys of record by hand/mail on _____, 2004.

_____
Paul J. Klehm