UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>    Plaintiff )<br>)<br>v. )<br>) Civil Action No. 2004CV10791RCL<br>)<br>SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>    Defendants. )<br>_____) | |

## JOINT STATEMENT BY THE PARTIES

Pursuant to Local Rule 16.1(D), the parties hereby submit their suggested plan for discovery and the filing of motions in the within matter.

### I. Suggested Discovery Plan

    A. *Discovery Requests*

All discovery requests, including without limitation, written discovery, responses thereto, and depositions (excluding expert depositions), must be completed on or before May 4, 2005.

    B. *Plaintiff's Expert Disclosure*

Plaintiff must disclose experts on or before August 3, 2005.

    C. *Defendants' Expert Disclosure*

Defendants must disclose experts on or before September 6, 2005.

    D. *Expert Depositions*

Expert Depositions must be completed on or before October 31, 2005.

### II. Dispositive Motions

All dispositive motions must be filed on or before January 4, 2006.

### III. Trial By Magistrate

At this point, Plaintiff and Defendants have not determined whether they would be willing to consent to a trial by Magistrate Judge.

### IV. Local Rule 16.1 Certifications

The Defendants have forwarded their Local Rule 16.1 Certifications to the Court, and Plaintiff is in the process of completing same. Plaintiff will file same on or before the hearing on August 18, 2004.

| | |
|---|---|
| The Plaintiff<br>Susan Searle<br>By Her Attorneys, | The Defendants<br>Town of Salisbury,<br>Salisbury Police Department,<br>and Lawrence Streeter<br>By Their Attorneys, |
| _____<br>James B. Krasnoo (BBO#279300)<br>Paul J. Klehm (BBO#561605)<br>Law Offices of James B. Krasnoo<br>23 Main Street, Terrace Level<br>Andover, MA 01810<br>(978) 475-9955 | _____<br>David Jenkins (BBO# 251000)<br>Kopelman and Paige, P.C.<br>31 St. James Street<br>Boston, MA 02116<br>(617) 556-0007 |
| Dated: _____ | Dated: 8/9/04 |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 8/4/04

2