UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE   )<br>    Plaintiff   )<br>   )<br>v.   )<br>   )<br>SALISBURY   )<br>POLICE DEPARTMENT and,   )<br>LAWRENCE STREETER   )<br>    Defendants   )<br>   ) | Docket No. 04-10791-RCL |

## PLAINTIFF'S REQUEST FOR DEFAULT

    Plaintiff Susan Searle hereby requests that this Court enter a default against Defendants Salisbury Police Department and Defendant Lawrence Streeter for the reasons set forth below:

    1.  Pursuant to Fed.R.Civ.P. 26(a)(1)(E), Defendants must serve the initial disclosure within 14 days of the Scheduling Conference.

    2.  Not having received the automatic disclosure in a timely fashion, Plaintiff requested that Defendants produce their initial disclosure by September 28, 2004 (see **Exhibit A**).

    3.  Defendants have yet to produce their automatic disclosures, which were due, at the latest, on September 1, 2004.

    5.  Plaintiff respectfully requests that this Court enter default against Defendant Salisbury Police Department and Defendant Lawrence Streeter.

    **WHEREFORE**, the Plaintiff Susan Searle makes an application that the Defendants Salisbury Police Department and Lawrence Streeter be defaulted.

                                                                              The Plaintiff
                                                                              Susan Searle
                                                                              By Her Attorneys,

                                                                              /s/Paul J. Klehm
                                                                              James B. Krasnoo (BBO# 279300)
                                                                              Paul J. Klehm (BBO# 561605)
                                                                              Law Offices of James B. Krasnoo
                                                                              23 Main Street, Terrace Level
                                                                              Andover, MA 01810
                                                                              (978) 475-9955

## CERTIFICATION PURSUANT TO L.R. 7.1 (A) (3)

      I hereby certify that on September 29, 2004, at approximately 11:15 a.m., I left a telephone message for David Jenkins, Esq. of Kopelman and Paige, P.C., counsel to the defendants, regarding the above-referred document. I informed Attorney Jenkins of my intention to file this Request for Default.

                                                /s/Paul J. Klehm
Dated September 29, 2004                  Paul J. Klehm

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney(s) of record by mail/hand on September 29, 2004.

                                                /s/Paul J. Klehm
                                                Paul J. Klehm