23 Main Street<br>
Terrace Level<br>
Andover, Massachusetts 01810<br>
Telephone (978) 475-9955<br>
Fax (978) 474-9005

James B. Krasnoo*

Paul J. Klehm†

*Also admitted in California
†Also admitted in New Hampshire

September 22, 2004

David Jenkins, Esq.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116

    Re:   **Susan M. Searle v. Salisbury Police Department**
             <u>Docket No. 04 CV 10791 RCL</u>

Dear Attorney Jenkins:

    I am in receipt of Lawrence Streeter's answers to Plaintiff's First Set of Interrogatories. Pursuant to Local Rule 7.1 (a)(2), I am writing to inform you that I would like to discuss your client's answers to the following interrogatories in preparation for a motion to compel:

    Answers 3, 6, 9 through 13 and 16.

    With regard to No. 8, I note that no Exhibit 1 was attached.

    Please contact me by September 28, 2004 to discuss same. In addition, I still have yet to receive your client's automatic disclosures to which I am entitled. If I am not in receipt of them by September 28, 2004, I will need to take appropriate action.

                                    Very truly yours,

                                    Paul J. Klehm

PJK:mdh
Enclosure