UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | DEFENDANTS' EMERGENCY MOTION TO EXTEND TIME TO OPPOSE PLAINTIFF'S REQUEST FOR DEFAULT |

    Now come the defendants, Town of Salisbury, Salisbury Police Department, and Lawrence Streeter, and hereby request this Honorable Court to extend the time for defendants to oppose the plaintiff, Susan Searle's, Request for Default.

    As grounds for this Motion, the defendants state that this issue cannot be immediately addressed because the lead counsel in this case, Attorney David C. Jenkins, is on vacation and will not be returning until October 18, 2004.  The defendants also state that Attorney Jenkins is unreachable by telephone or email to substantively address the Request for Default.  Further, the defendants are working toward compiling the documents for the automatic disclosure.  Finally, the defendants have conferred with plaintiff's counsel and he has indicated that he would take no position on defendants' request.

    WHEREFORE, the defendants respectfully request that this Honorable Court grant them an additional seven days, up to and including October 20, 2004, to file their opposition to plaintiff's Request for Default.

DEFENDANTS,

TOWN OF SALISBURY and
LAWRENCE STREETER,

By their attorneys,


/s/ Sarah N. Turner
David C. Jenkins (BBO# 251000)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

233673/METG/0143