UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004-CV-10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | CERTIFICATE OF CONFERRAL<br>PURSUANT TO L.R. 7.1(A)(2) |

    Now comes the undersigned defense counsel and hereby certifies that, on October 13, 2004, I conferred via telephone with plaintiff's counsel in a good faith attempt to resolve or narrow the issues set forth in Defendants' Motion to Extend Time to Oppose Plaintiff's Request for Default.

    As a result of said conferral, plaintiff's counsel stated that he would take no position on the defendants' request.

/s/ Sarah N. Turner
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
St. James Avenue
Boston, MA  02116
(617) 556-0007

233677/METG/0143