UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004-CV-10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | CERTIFICATE OF CONFERRAL PURSUANT TO L.R. 7.1(A)(2) |

    Now comes the undersigned defense counsel and hereby certifies that, on October 13, 2004, I conferred via telephone with plaintiff's counsel in a good faith attempt to resolve or narrow the issues set forth in Defendants' Motion to Extend Time to Oppose Plaintiff's Motion to Compel Answers to Interrogatories and Responses to Production of Documents.

    As a result of said conferral, plaintiff's counsel stated that he would assent to defendants' motion.

/s/ Sarah N. Turner<br>
Sarah N. Turner (BBO# 654195)<br>
Kopelman and Paige, P.C.<br>
St. James Avenue<br>
Boston, MA  02116<br>
(617) 556-0007

233677/METG/0143