UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | ASSENTED-TO MOTION TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS |

    Now come the parties, plaintiff, Susan Searle, and the defendants, Town of Salisbury, Salisbury Police Department, and Lawrence Streeter and hereby request this Honorable Court to extend the time for defendants to oppose the plaintiff, Susan Searle's, Motion to Compel Answers to Interrogatories and Production of Documents.

    As grounds for this motion, the defendants state that the plaintiff served her motion on October 7, 2004, and pursuant to Local Rule 7.1(B)(2) defendants' opposition must be filed by October 21, 2004.  The defendants state that the plaintiff's motion cannot be immediately addressed because the lead counsel in this case, Attorney David C. Jenkins, is on vacation and will not be returning until October 18, 2004.  The defendants also state that Attorney Jenkins is unreachable by telephone or email to substantively address the motion.  Finally, the defendants have conferred with plaintiff's counsel and he has indicated that he would assent to an extension for the filing of defendants' opposition.

    WHEREFORE, the defendants respectfully request that this Honorable Court grant them an additional seven days, up to and including, October 28, 2004, to file their

Opposition to Plaintiff's Motion To Compel Answers to Interrogatories and Production of Documents.

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| SUSAN SEARLE | TOWN OF SALISBURY and LAWRENCE STREETER, |
| By her attorneys, | By their attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo (BBO# 279300)<br>Paul J. Klehm (BBO# 561605)<br>Law Offices of James B. Krasnoo<br>23 Main Street<br>Terrace Level<br>Andover, MA 01810<br>(978) 475-9955 | s/ Sarah N. Turner<br>David C. Jenkins (BBO# 251000)<br>Sarah N. Turner (BBO# 654195)<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

233784/METG/0143