UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

    Plaintiff,

v.

TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,

    Defendants.

OPPOSITION TO REQUEST FOR DEFAULT

    Now come the defendants, Town of Salisbury and Lawrence Streeter and hereby file their opposition to plaintiff's request for default.

    As grounds for this opposition, the defendants assert the following:

    1.    This cause of action which alleges gender discrimination and retaliation was entered in this Court on April 20, 2004.

    2.    The plaintiff had previously filed this action at the Massachusetts Commission Against Discrimination. During the course of prior administrative proceedings at the Town and the MCAD, the plaintiff had received all documents relevant to this case.

    3.    On June 15, 2004, the plaintiff propounded Interrogatories to the defendant, Lawrence Streeter, which requested, among other things, the identity of all relevant witnesses. Thereafter, the defendant responded to the Interrogatories on, identifying all witnesses relevant to the case.

4. On June 15, 2004, the plaintiff filed a Request for Production of Documents. Thereafter, the defendant responded to the Request, producing all documents relevant to this case.

5. On October 19, 2004, the defendants filed a formal disclosure statement, a copy of which is attached and marked as Exhibit No. 1.

6. In the discovery responses previously filed, the defendants have provided all automatic disclosure material to the plaintiff.  The defendants have filed a formal automatic disclosure this date and have provided the plaintiff with all documents relevant to this case.

7. The plaintiff has received all automatic disclosure materials.

WHEREFORE, the defendants, Town of Salisbury and Lawrence Streeter request that the Request for Default be denied.

DEFENDANTS,

TOWN OF SALISBURY and
LAWRENCE STREETER,

By their attorneys,

    /s/ David C. Jenkins
David C. Jenkins (BBO# 251000)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

234182/60700/0143

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | DEFENDANTS' AUTOMATIC INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LOCAL RULE 26.2 |

Now come the defendants in the above-captioned matter, pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2, and hereby make the following automatic initial disclosures:

    A.    The names of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

        1.    Lawrence Streeter
        2.    Suzan Searle
        3.    Richard Simmons, Acting Chief of Police, c/o Salisbury Police Department
        4.    Christine Harrison, Dispatch Coordinator, c/o Salisbury Police Department
        5.    Sergeant Robert Roy, Salisbury Police Department
        6.    Joseph Roache, c/o Essex County Sheriff's Department
        7.    Ann Champaign, c/o Salisbury Police Department

    B.    A copy of, or a description by category and location of all documents, data compilations and tangible things in the possession, custody or control of defendants that are relevant to the disputed facts:

A copy of all such documents has been delivered to the plaintiff.

C. A compilation of damages:

Not applicable.

D. Any insurance agreement which any person carrying on an insurance business may be liable to satisfy part or all of a judgment:

The Town was previously insured under a policy of insurance issued by the Legion Insurance Company. That company has declared insolvency and the matter has been referred to the Massachusetts Insurance Insolvency Fund. The Town has requested a copy of the policy and will produce it when received.

>                    DEFENDANTS,
>
>                    TOWN OF SALISBURY and
>                    LAWRENCE STREETER,
>
>                    By their attorneys,
>
>
>                    _____/s/ David C. Jenkins_____
>                    David C. Jenkins (BBO# 251000)
>                    Kopelman and Paige, P.C.
>                     Town Counsel
>                    31 St. James Avenue
>                    Boston, MA 02116
Dated:_____    (617) 556-0007


234183/METG/0143