UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | ASSENTED-TO MOTION TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTIONS TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS |

    Now come the defendants, with the assent of the plaintiff, and hereby request this Honorable Court to extend the time for defendants to oppose the plaintiff's Motion To Compel Answers to Interrogatories and Motion To Compel Production of Documents.

    As grounds for this motion, the defendants state that the attorney who was working on the defendants' opposition to the plaintiff's motions was out of the office for several days over last week and this week due to separate family medical emergencies. The defendants have conferred with plaintiff's counsel and he has kindly given his assent to the allowance of the instant motion.

    WHEREFORE, the defendants respectfully request that this Honorable Court grant them an extension of time up to and including, November 12, 2004, to file their oppositions to Plaintiff's Motion To Compel Answers To Interrogatories and Motion To Compel Production of Documents.

| Assented to by: | |
|---|---|
| PLAINTIFF, | DEFENDANTS, |
| SUSAN SEARLE | TOWN OF SALISBURY and LAWRENCE STREETER, |
| By her attorneys, | By their attorneys, |
| /s/ Paul J. Klehm | s/ David C. Jenkins |
| James B. Krasnoo (BBO# 279300) | David C. Jenkins (BBO# 251000) |
| Paul J. Klehm (BBO# 561605) | Sarah N. Turner (BBO# 654195) |
| Law Offices of James B. Krasnoo | Kopelman and Paige, P.C. |
| 23 Main Street |  Town Counsel |
| Terrace Level | 31 St. James Avenue |
| Andover, MA 01810 | Boston, MA 02116 |
| (978) 475-9955 | (617) 556-0007 |

234849/METG/0143