# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SUSAN SEARLE,

    Plaintiff,

                                                              CA. NO. 04-10791-RCL

    v.

TOWN OF SALISBURY, ET AL,

    Defendants.

## *NOTICE*

December 3, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that a **hearing on docket entry ## 13, 14 (Plaintiff Susan Searle's Motion to Compel Answers to Interrogatories from Defendant Lawrence Streeter and Plaintiff Susan Searle's Motion to Compel Documents in Response to Plaintiff's First Request for Production of Documents Propounded to Defendant Town of Salisbury)** at **2:00 p.m., Tuesday, December 14, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                                     /s/ Marianne B. Bowler
                                                                     **MARIANNE B. BOWLER**
                                                                      Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**