UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN SEARLE  )  |  |  |
|     Plaintiff  ) | | |
| ) | | |
| v.  ) | Docket No. 04-10791-RCL | |
| ) | | |
| TOWN OF SALISBURY,  ) | | |
| POLICE DEPARTMENT and,  ) | | |
| LAWRENCE STREETER  ) | | |
|     Defendants  ) | | |
| ) | | |

**FURTHER CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2) WITH REGARD TO PLAINTIFF'S MOTIONS TO COMPEL**

On November 12, 2004, I spoke by telephone with Joseph Fair, counsel to Defendants, via telephone, at which time we discussed each of the interrogatories and requests for production at issue in the motions to compel filed on October 7, 2004. On December 14, 2004 at approximately 11:00 a.m., I spoke by telephone with Attorney Fair again regarding these issues.

Presently, the parties are unable to reach agreement on the following interrogatories and requests for production:

Interrogatories:   3, 6, 11, 12, and 16

Requests for Production:  3, 25, 27, 28, 30, and  32.

Dated December 14, 2004                                             /s/ Paul J. Klehm
                                                                                         Paul J. Klehm

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by hand on December 14, 2004.

                                          /s/ Paul J. Klehm
                                          Paul J. Klehm