UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

    Plaintiff,

v.

TOWN OF SALISBURY, SALISBURY
POLICE DEPARTMENT, and LAWRENCE
STREETER,

    Defendants.

JOINT MOTION TO EXTEND
<u>DISCOVERY DEADLINE</u>

        Now come the parties and respectfully move for a sixty (60) day extension of the discovery deadline in the above-captioned matter. As grounds for this motion, the parties submit that the current non-expert discovery deadline in this matter is May 4, 2005, and dispositive motions are not due until December 5, 2005. To date, the parties have served and responded to several written discovery requests, and they have begun, but not completed, the deposition of Defendant Streeter. The parties have scheduled Plaintiff's deposition for later this month, but they will require additional time to take the depositions of additional witnesses and to complete the deposition of Defendant Streeter. Plaintiff's counsel is scheduled to be on trial at Essex Superior Court in Newburyport, MA from May 16, 2005 through the end of May, which will delay the completion of discovery in this matter. Should this motion be granted, the new deadline for completion of non-expert discovery in this matter would be July 5, 2005. The allowance of this motion will not require the adjustment of any of the other pre-trial deadlines, including the filing of motions for summary judgment, and will not serve to delay the processing of this matter.

**WHEREFORE**, for the above reasons, the parties respectfully request that this Court GRANT the within motion and extend the time within which the parties may complete discovery from May 4, 2005 to and including July 5, 2005.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By her attorneys | By their attorneys, |
| /s/Paul J. Klehm | /s/ Joseph S. Fair |
| James B. Krasnoo (BBO# 279300) | David C. Jenkins (BBO# 251000) |
| Paul J. Klehm (BBO# 561605) | Joseph S. Fair (BBO# 637818) |
| Law Offices of James B. Krasnoo | Kopelman and Paige, P.C. |
| 23 Main Street, Terrace Level | 31 St. James Avenue |
| Andover, MA 01810 | Boston, MA 02116 |
| (978)475-9955 | (617)556-0007 |
| Dated: April 7, 2005 | Dated: April 7, 2005 |

248230/60700/0143