UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | <u>ASSENTED TO MOTION TO EXTEND TIME FOR FILING MOTIONS FOR SUMMARY JUDMGENT</u> |

    Now come Defendants in the above-captioned matter and respectfully move for an extension of time in which to file their motion for summary judgment. As grounds for this motion, Defendants submit as follows:

1. Currently, motions for summary judgment in this matter must be filed by December 5, 2005.

2. The wife of counsel for Defendants, Joseph S. Fair, is currently expecting their second child and is due on or about November 15, 2005. Attorney Fair anticipates being out of the office for paternity leave for at least two (2) weeks following the birth of his child.

3. In addition, the parties have discussed the possibility of settling this matter. Those discussions are currently ongoing.

4. In light of Attorney Fair's impending paternity leave, the parties' ongoing settlement discussions and the holiday vacation schedules of counsel for both parties, Defendants are requesting a sixty (60) day extension of the time for filing motions for summary judgment.

5. Allowing the instant motion would afford the parties an opportunity to continue their settlement discussions following Attorney Fair's return from paternity leave and prior to their incurring the additional expense that would accompany

summary judgment.  Should those efforts fail, Defendants would have an opportunity to file a motion for summary judgment which Defendants reasonably anticipate will assist the parties and the Court in narrowing the issues for trial, should one become necessary.

6. Under the instant motion, Defendants are respectfully requesting that the deadline for the filing of motions for summary judgment be extended to February 6, 2006, inclusive, and that the deadline for opposing same be extended to March 6, 2006, inclusive.

7. Counsel for Plaintiff, Paul Klehm, Esq., has been conferred with regarding the instant motion and has kindly given his assent to same, as indicated below.

| | |
|---|---|
| Assented to by:<br>PLAINTIFF,<br><br>SUSAN SEARLE<br><br>By her attorneys, | Respectfully submitted,<br>DEFENDANTS,<br><br>TOWN OF SALISBURY and<br>LAWRENCE STREETER,<br><br>By their attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo (BBO# 279300)<br>Paul J. Klehm (BBO# 561605)<br>Law Offices of James B. Krasnoo<br>23 Main Street<br>Terrace Level<br>Andover, MA 01810<br>(978) 475-9955 | /s/ Joseph S. Fair<br>David C. Jenkins (BBO# 251000)<br>Joseph S. Fair (BBO# 637818)<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |
| Dated:  November 14, 2005 | Dated:  November 14, 2005 |

266230/60700/0143