**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

__SUSAN SEARLE__
            **Plaintiff(s)**

    V.

__TOWN OF SALISBURY, ET AL__
            **Defendant(s)**

CIVIL ACTION

NO.  __04-10791-RCL__

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ __Magistrate Judge Collings__ for the following ADR program:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    __X__ MEDIATION    _____ MINI-TRIAL
    _____ SUMMARY JURY TRIAL    _____ SETTLEMENT CONFERENCE
    _____ SPECIAL MASTER
    _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

__1/18/06__                                              __/s/   Reginald C. Lindasy__
    DATE                                              UNITED STATES DISTRICT JUDGE

**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

(ADR order of ref.wpd - 4/12/2000)                                       [orefadr.]