UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

    Plaintiff,

v.

TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,

    Defendants.

ASSENTED TO MOTION FOR STAY OF PROCEEDINGS OR FOR EXTENSION OF SUMMARY JUDGMENT DEADLINE

    Now come Defendants in the above-captioned matter and respectfully move for a stay of the proceedings in this matter pending the outcome of the parties' mediation efforts or, alternatively, for an extension of the summary judgment deadline. As grounds for this motion, Defendants submit as follows:

1. Currently, motions for summary judgment in this matter must be filed by February 6, 2006.

2. On January 18, 2006, the case was referred by the Court to mediation before Magistrate Judge Collings. A date for mediation has not yet been set.

3. In light of the fact that the matter has been sent to mediation, Defendants respectfully request that a stay of the proceedings be issued pending the outcome of said mediation.

4. Allowing Defendants' request for a stay would afford the parties an opportunity to continue their efforts to settle the matter prior to their incurring the additional expense that would accompany summary judgment. Should those efforts fail, Defendants would have an opportunity to file a motion for summary judgment which Defendants reasonably anticipate will assist the parties and the Court in narrowing the issues for trial, should one become necessary.

5. Should the Court issue a stay in this matter, Defendants respectfully request that they be given thirty (30) days from the lifting of the stay in which to serve their motion for summary judgment, at which point Plaintiff would have thirty (30) days in which to respond.

6. In addition, beginning the week of January 30, 2006, Defendants' counsel's law firm will begin the extensive process of moving its entire operation from its current location to 101 Arch Street in Boston. This process is expected to require the interruption of computer access during the week of January 30, 2006 and continuing into the following week for a period of time. In addition, counsel expects to have to devote a significant amount of time both packing and unpacking his office and files in connection with the move. As a result, Defendants' counsel is currently anticipating needing additional time to serve Defendants' motion for summary judgment notwithstanding the parties' mediation efforts.

7. Should the Court deny Defendants' request for a stay, Defendants would respectfully request, in light of counsel's law firm's impending move, that the deadline for summary judgment be extended to March 17, 2006 with Plaintiff's response due on April 17, 2006.

8. Counsel for Plaintiff, Paul Klehm, Esq., has been conferred with regarding Defendants' request for a stay or, alternatively, request for an extension of the summary judgment deadline and has kindly given his assent to both requests, as indicated below.

| Assented to by: | Respectfully submitted, |
| --- | --- |
| PLAINTIFF, | DEFENDANTS, |
| SUSAN SEARLE | TOWN OF SALISBURY and LAWRENCE STREETER, |
| By her attorneys, | By their attorneys, |
| /s/ Paul J. Klehm | /s/ Joseph S. Fair |
| James B. Krasnoo (BBO# 279300) | David C. Jenkins (BBO# 251000) |
| Paul J. Klehm (BBO# 561605) | Joseph S. Fair (BBO# 637818) |
| Law Offices of James B. Krasnoo | Kopelman and Paige, P.C. |
| 23 Main Street |   Town Counsel |
| Terrace Level | 31 St. James Avenue |
| Andover, MA 01810 | Boston, MA 02116 |
| (978) 475-9955 | (617) 556-0007 |
| Dated: January 18, 2006 | Dated: January 18, 2006 |

271597/60700/0143