UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | ASSENTED TO MOTION TO CONTINUE MEDIATION |

Now come Defendants in the above-captioned matter and respectfully move for a continuance of the May 9, 2006 mediation session that has been scheduled in this matter. As grounds for this motion, Defendants submit as follows:

1. The above-captioned matter has been referred by the Court to mediation before Magistrate Judge Collings. The mediation session is currently scheduled for May 9, 2006 at 10:30 a.m.

2. Presently, counsel for the Defendants, Joseph S. Fair, is scheduled to be in Fall River Superior Court on May 9, 2006 at 2:00 p.m. for a hearing on the defendants' motions for summary judgment in the matter of Costa v. Town of Dighton, et al., BRCV2002-00445. Said hearing has already been rescheduled a number of times previously.

3. In addition, counsel for Plaintiff, Paul Klehm, Esq., is currently scheduled to appear before Judge Tauro on May 9, 2006 at 11:30 a.m. for a final pre-trial conference in the matter of Access-4-All, Inc. v. Buckminster Hotel, Civil Action No. 04-12237-JLT.

4. The undersigned has conferred with Defendants and Attorney Klehm and all parties are currently available on May 1, 2, 3, 5, 8, 10, 11 and 12, 2006. Based on

     a voicemail I received from Magistrate Collings' clerk, Noreen Russo, it is my understanding that many of these dates are currently open for the Court.

5. Allowing Defendants' request for a continuance will not prejudice Plaintiff and will not unduly delay the mediation of this case.

6. Counsel for Plaintiff has been conferred with regarding the instant motion and has kindly given his assent to the allowance of same, as indicated below.

| Assented to by:<br>PLAINTIFF,<br><br>SUSAN SEARLE<br><br>By her attorneys,<br><br><br>/s/ Paul J. Klehm<br>James B. Krasnoo (BBO# 279300)<br>Paul J. Klehm (BBO# 561605)<br>Krasnoo/Klehm, LLP<br>23 Main Street<br>Terrace Level<br>Andover, MA 01810<br>(978) 475-9955<br><br>Dated: February 22, 2006 | Respectfully submitted,<br>DEFENDANTS,<br><br>TOWN OF SALISBURY and<br>LAWRENCE STREETER,<br><br>By their attorneys,<br><br><br>/s/ Joseph S. Fair<br>David C. Jenkins (BBO# 251000)<br>Joseph S. Fair (BBO# 637818)<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>101 Arch Street, 12th Floor<br>Boston, MA 02110<br>(617) 556-0007<br><br>Dated: February 22, 2006 |

274766/60700/0143