UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

    Plaintiff,

v.

TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,

    Defendants.

NOTICE OF APPEARANCE OF JOSEPH S. FAIR

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendants in the above-referenced matter.

DEFENDANTS

By their attorney,

/s/ Joseph S. Fair
Joseph S. Fair (BBO# 637818)
Kopelman and Paige, P.C.
Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

277045/60700/0143