UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>    Plaintiff )<br> )<br>v. )<br> )   Civil Action No. 2004CV10791RCL<br> )<br>SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>    Defendants. )<br> ) | |

**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE MOTION FOR SUMMARY JUDGMENT AND TO SET TIME FOR PLAINTIFF TO FILE HER OPPOSITION THERETO**

Plaintiff Susan Searle and Defendant Salisbury Police Department and Lawrence Streeter hereby move this Court to extend the time within which Defendants may serve and file their motion for summary judgment (and memorandum in support thereof) until May 31, 2006 and to set the deadline for Plaintiff Susan Searle to file her opposition thereto (and memorandum in support thereof) to and including June 30, 2006 where the within matter is scheduled for a mediation before Magistrate Judge Collings on May 8, 2006, and, more particularly, for the reasons set forth below:

    1.    On January 18, 2006, the Defendants filed Assented to Motion for Stay of Proceedings or for Extension of Summary Judgment Deadline [Docket #29]. In the motion, Defendants asked for a stay of proceedings pending the outcome of the parties' mediation efforts in an effort to avoid incurring the expense of drafting summary judgment materials, or, alternatively, for an extension of the summary judgment deadline for thirty days because the Defendants were moving their office.

2.      On January 30, 2006, the Court issued a Notice of and Order Regarding Mediation, scheduling the within matter for a mediation on May 9, 2006.  The mediation was later rescheduled to May 8, 2006.

3.      On February 7, 2006, the Court (Lindsay, J.) issued the following electronic order:

> Judge Reginald C. Lindsay : Electronic ORDER entered granting in part and denying in part 29 Assented Motion for Stay of Proceedings or for Extension of Summary Judgment Deadline. The motion is granted to the extent that it seeks an extension of the deadline for filing motions for summary judgment. That deadline is extended to March 31, 2006. The motion is denied to the extent that it seeks a stay of this proceeding.(Lindsay, Reginald) (Entered: 02/07/2006)

4.      The parties remain hopeful that they will be able to resolve this matter through mediation. Through this motion, the parties do not seek a stay of the within matter, although they recognize that the within motion advances a similar argument as that advanced in the motion filed on January 18, 2006. The parties seek to avoid expending potentially unnecessary time and expense preparing summary judgment materials in a matter which may settle.

5.      As a result, the parties hereby request that this Court extend the time within which Defendants may serve and file their motion for summary judgment (and memorandum in support thereof) until May 31, 2006 and to set the deadline for Plaintiff Susan Searle to file her opposition thereto (and memorandum in support thereof) to and including June 30, 2006.  The allowance of such a motion will afford Defendants' counsel time to prepare summary judgment materials in the event the mediation is unsuccessful.  Plaintiff's counsel seeks until June 30th because Plaintiff's counsel, James Krasnoo and Paul J. Klehm, are currently scheduled to begin (1) a two or three week trial in the matter of *Olsheskie v. Montalto*, Essex (Massachusetts) County Superior Court, Civil Action No. 00-983B on May 18, 2006, and (2) a trial in the matter

of *Neshewat v. The Titan Corporation*, 03 – 10841 –PBS, on June 18, 2006 (although a joint motion to continue that trial date is pending).

**WHEREFORE**, for the above reasons, the parties respectfully request that this Court GRANT the within motion and extend the time within which Defendants may serve and file their motion for summary judgment (and memorandum in support thereof) until May 31, 2006 and to set the deadline for Plaintiff Susan Searle to file her opposition thereto (and memorandum in support thereof) to and including June 30, 2006.

| | |
|---|---|
| The Plaintiff<br>Susan Searle<br>By Her Attorneys, | The Defendants<br>Town of Salisbury,<br>Salisbury Police Department,<br>and Lawrence Streeter<br>By Their Attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo  (BBO#279300)<br>Paul J. Klehm  (BBO#561605)<br>Krasnoo/Klehm LLP<br>23 Main Street, Terrace Level<br>Andover, MA  01810<br>(978) 475-9955 | /s/ Joseph Fair (by PJK, with permission)<br>David Jenkins (BBO # 251000)<br>Joseph Fair (BBO # 637818)<br>Kopelman and Paige, P.C.<br>31 St. James Street<br>Boston, MA  02116<br>(617) 556-0007 |
| Dated:  March 23, 2006 | Dated:  March 23, 2006 |

**CERTIFICATE OF SERVICE**

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on March 23, 2006.

/s/ Paul J. Klehm
Paul J. Klehm

3