UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants. | DEFENDANTS' ASSENTED TO MOTION FOR EXTENSION OF <u>SUMMARY JUDGMENT DEADLINE</u> |

    Now come Defendants in the above-captioned matter and respectfully move for an extension of the summary judgment deadline in the above-referenced matter. As grounds for this motion, Defendants submit as follows:

1. On March 23, 2006, the parties filed a joint motion to extend the time for Defendants to file their motion for summary judgment and to set the time for Plaintiff to file her opposition to same.

2. As grounds for said motion, the parties noted that the above-captioned matter had been referred for a May 8, 2006 mediation. The parties submitted that they were hopeful that they would be able to resolve the matter and as such, were seeking to avoid expending potentially unnecessary time and expense preparing summary judgment materials in a matter which may settle.

3. By order dated March 28, 2006, the Court granted the parties' motion and reset the deadline for Defendants' motion for summary judgment to May 31, 2006.

4. On May 4, 2006, Plaintiff's counsel received a telephone call from Magistrate Judge Collings' clerk, Noreen Russo, who advised him that May 8, 2006 was no longer an available date for Magistrate Judge Collings to mediate the case.

5. On May 22, 2006, Ms. Russo advised that the mediation had been rescheduled to June 13, 2006.

6. As a result of the Court's postponement of the mediation, the parties, due to no fault of their own, find themselves back in the position of having to spend potentially unnecessary time and expense preparing summary judgment materials in a matter which may settle.

7. In light of the foregoing, Defendants are respectfully requesting that the deadline for submission of their motion for summary judgment be extended to a date thirty (30) days beyond the scheduled June 13, 2006 meditiation date, i.e. to July 13, 2006.

8. Counsel for Plaintiff, Paul Klehm, Esq., has been conferred with regarding Defendants' request for an extension of the summary judgment deadline and has kindly given his assent to same, as indicated below.

| | |
|---|---|
| Assented to by:<br>PLAINTIFF,<br><br>SUSAN SEARLE<br><br>By her attorneys, | Respectfully submitted,<br>DEFENDANTS,<br><br>TOWN OF SALISBURY and<br>LAWRENCE STREETER,<br><br>By their attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo (BBO# 279300)<br>Paul J. Klehm (BBO# 561605)<br>Krasnoo/Klehm LLP<br>23 Main Street<br>Terrace Level<br>Andover, MA 01810<br>(978) 475-9955 | /s/ Joseph S. Fair<br>David C. Jenkins (BBO# 251000)<br>Joseph S. Fair (BBO# 637818)<br>Kopelman and Paige, P.C.<br> Town Counsel<br>101 Arch Street, 12th Floor<br>Boston, MA 02116<br>(617) 556-0007 |
| Dated: May 24, 2006 | Dated: May 24, 2006 |

281734v.2/60700/0143