# United States District Court
# District of Massachusetts

SUSAN SEARLE,
          Plaintiff,

          v.                              CIVIL ACTION NO. 2004-10791-RCL

TOWN OF SALISBURY. ET AL.,
          Defendants.

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On June 13 and June 27, 2006, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION      \_\_\_X\_\_\_ MEDIATION

\_\_\_\_\_ MINI-TRIAL                    _____ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

The plaintiff, plaintiff's counsel, defendants' counsel and representatives of the defendants were present.

[X] The case was NOT SETTLED. Further efforts to settle the case at this time are unlikely to be successful. The case should be restored to active litigation status.


June 27, 2006                          *Robert B. Collings*
DATE                                   ROBERT B. COLLINGS
                                       United States Magistrate Judge

Copy to:     Judge Lindsay
             Rebecca Tyler, Esquire
             Counsel for all parties.