UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

    Plaintiff,

v.

TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,

    Defendants.

JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE MOTION FOR SUMMARY JUDGMENT AND TO SET TIME FOR PLAINTIFF TO FILE HER OPPOSITION THERETO

    Now come the parties in the above-captioned matter and respectfully move to extend the time by which Defendants must file their motion for summary judgmeent until July 28, 2006 and to set the deadline for Plaintiff to file her opposition thereto until August 18, 2006. As grounds for this motion, the parties submit as follows:

1. On May 24, 2006, Defendants filed an assented to motion to extend the time for Defendants to file their motion for summary judgment. As grounds for said motion, Defendants noted that the mediation that had been scheduled in this matter for May 8, 2006 mediation had been postponed at Magistrate Judge Collings' request and that the mediation had been rescheduled to June 13, 2006. As a result, Defendants asked the Court to extend the deadline for the submission of their motion for summary judgment to a date thirty (30) days beyond the new June 13, 2006 meditiation date, i.e. to July 13, 2006, which the Court subsequently allowed.

2. On June 13, 2006, the parties appeared before Magistrate Judge Collings for the mediation as scheduled. Based on the discussions that took place at said mediation, a second day of mediation was scheduled for June 27, 2006.

3. On June 27, 2006, the parties appeared before Magistrate Judge Collings for the second day of mediation. Despite the parties' best efforts, they were ultimately unable to reach a resolution of the matter.

4. As a result of the continuation of the mediation process for an additional two (2) weeks, Defendants did not receive the full benefit of the thirty (30) day post-mediation timeframe that the Court had originally granted to them.

5. As a result of this and the recent July 4th holiday vacation period, Defendants find that they require additional time in which to complete their motion for summary judgment. Defendants are requesting that the deadline for the submission of their motion be extended to July 28, 2006, inclusive, so as to give them essentially the same thirty (30) day period that they would have had, but for the two (2) week continuation of the mediation process.

6. As for Plaintiff, her counsel is presently scheduled to begin a three or four day civil trial on July 24, 2006 in the matter of *Neshewat v. L-3 Communications*, United States District Court Civil Action No. 03-10841-PBS. As such, Plaintiff is requesting that the deadline for her to file her opposition to Defendants' motion for summary judgment be set for three (3) weeks after the July 28, 2006 date being requested by Defendants, i.e. until August 18, 2006, inclusive.

WHEREFORE, for the foregoing reasons, the partes jointly and respectfully request that the Court grant the within motion and extend the deadline for Defendants to file their motion for summary judgment to July 28, 2006, inclusive, and to set the deadline for Plaintiff to file her opposition thereto to August 18, 2006, inclusive.

| | |
|---|---|
| Respectfully submitted,<br>PLAINTIFF, | Respectfully submitted,<br>DEFENDANTS, |
| SUSAN SEARLE | TOWN OF SALISBURY and<br>LAWRENCE STREETER, |
| By her attorneys, | By their attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo (BBO# 279300)<br>Paul J. Klehm (BBO# 561605)<br>Krasnoo/Klehm LLP<br>23 Main Street<br>Terrace Level<br>Andover, MA 01810<br>(978) 475-9955 | /s/ Joseph S. Fair<br>David C. Jenkins (BBO# 251000)<br>Joseph S. Fair (BBO# 637818)<br>Kopelman and Paige, P.C.<br> Town Counsel<br>101 Arch Street, 12th Floor<br>Boston, MA 02116<br>(617) 556-0007 |
| Dated:  July 10, 2006 | Dated:  July 10, 2006 |

287109v.2/60700/0143