UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,
        Plaintiff,

v.

TOWN OF SALISBURY, SALISBURY
POLICE DEPARTMENT, and LAWRENCE
STREETER,
        Defendants.

DEFENDANTS' RULE 7.1
CERTIFICATION

In accordance with Local Rule 7.1, counsel for Defendants in the above-captioned matter

hereby certifies that the parties attempted, in good faith, to resolve or narrow the issues raised in

Defendants' Motion For Summary Judgment and Motion For Permission To Exceed Supporting

Memorandum Page Limitation.  When conferred with, counsel for Plaintiff stated that he had not

yet had an opportunity to review the advance copy of Defendants' motion that had been sent to

him so that he was not able to provide a definitive response with respect to either motion.

Plaintiff's counsel went on to state, however, that to the extent any of the arguments raised in

Defendants' motion for summary judgment can be resolved without a ruling by the Court, he

would identify those arguments in his opposition.

                                        DEFENDANTS,
                                        TOWN OF SALISBURY, SALISBURY POLICE
                                        DEPARTMENT and LAWRENCE STREETER,

                                        By their attorneys,

                                        /s/ Joseph S. Fair
                                        David C. Jenkins (BBO# 251000)
                                        Joseph S. Fair (BBO#637818)
                                        Kopelman and Paige, P.C.
                                         Town Counsel
                                        101 Arch Street, 12th Floor
                                        Boston, MA 02110
Dated:  July 28, 2006                   (617) 556-0007

288776/60700/0143