UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br>    Plaintiff,<br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br>    Defendants. | DEFENDANTS' MOTION FOR PERMISSION TO EXCEED SUPPORTING MEMORANDUM PAGE LIMITATION |

    Now come Defendants and respectfully move for permission to exceed the twenty (20) page supporting memorandum page limitation under Local Rule 7.1(B).  As grounds for this motion, Defendants submit as follows:

1. The Complaint in this matter names the Town of Salisbury, the Salisbury Police Department and Lawrence Streeter as defendants in this matter.

2. Plaintiff has alleged a total of eight (8) counts against the defendants.

3. Plaintiff does not limit any of the eight (8) claims as to one particular defendant or another, but instead, speaks in general terms of "defendants."  As a result, Defendants have been forced to presume that all claims are being alleged against the municipal defendants and individual defendant equally and have had to address each count accordingly.

4. In lieu of filing separate memoranda for each named defendant, Defendants have filed a consolidated motion that treats with all of the defendants' collective and individual arguments so as to economize the summary judgment process, limit the total number of filings with the Court and to facilitate a more efficient review of this matter.

5. As a result of the foregoing, Defendants memorandum in support of their motion for summary judgment exceeds the twenty (20) page limitation under Rule 7.1(B).

6. The undersigned has conferred with opposing counsel for the purpose of obtaining his assent to the allowance of this motion. Upon doing so, opposing counsel stated that he had not yet had an opportunity to review the draft of the memorandum that had been forwarded to him and therefore, was not in a position to assent to the motion at that time.

7. Defendants submit that the allowance of the instant motion will not prejudice Plaintiff and is in the interests of judicial economy and efficiency.

WHEREFORE, Defendants respectfully request that the Court grant them permission to exceed the Local Rule 7.1 page limitation and accept the summary judgment memorandum that is being filed herewith.

DEFENDANTS,

TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT and LAWRENCE STREETER,

By their attorneys,

/s/ David C. Jenkins

/s/ Joseph S. Fair
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
Dated: July 28, 2006                (617) 556-0007

288757/60700/0143