UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,
     Plaintiff,

v.

TOWN OF SALISBURY, SALISBURY
POLICE DEPARTMENT, and LAWRENCE
STREETER,
     Defendants.

DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

Now come Defendants, pursuant to F.R.C.P. 56(b), and hereby move this Honorable

Court for entry of summary judgment in their favor as to all claims set forth against them in

Plaintiff's Complaint.  As grounds therefor, Defendants state that there are no material facts in

dispute and that they are entitled to judgment in their favor as a matter of law.  As further

support, Defendants rely upon their supporting Memorandum of Law and Statement of Material

Facts Not in Dispute filed herewith.

WHEREFORE, Defendants respectfully request that the within motion be allowed and

that judgment enter in their favor.

DEFENDANTS,

TOWN OF SALISBURY, SALISBURY POLICE
DEPARTMENT and LAWRENCE STREETER,

By their attorneys,

/s/ David C. Jenkins

/s/ Joseph S. Fair
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007

Dated:  July 28, 2006

278033/60700/0143