UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br>    Plaintiff,<br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br>    Defendants | EXHIBITS |

Exhibits A- K to the Statement of Material Facts to Which There is No Genuine Issue Pursuant to Local Rule 56.1 are being sent by First Class Mail on July 28, 2006.

DEFENDANTS,

TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT AND LAWRENCE STREETER,

By their attorneys,

/s/ David C. Jenkins

/s/ Joseph S. Fair
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007

Dated: July 28, 2006

288829/Metg/0143