UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br>     Plaintiff,<br>v.<br><br>TOWN OF SALISBURY, SALISBURY<br>POLICE DEPARTMENT, and LAWRENCE<br>STREETER,<br>     Defendants | AFFIDAVIT OF JOSEPH S. FAIR |

Now comes the undersigned and hereby deposes and states as follows:

1. My name is Joseph S. Fair. I am counsel to the defendants in the above-captioned matter.

2. I attended the deposition of the Plaintiff in this matter. Attached hereto are true and accurate copies of the excerpts from the transcript of Plaintiff's testimony that are cited in Defendants' Memorandum In Support Of Their Motion For Summary Judgment.

3. A true and accurate of Plaintiff Susan Searle's Supplemental Answer To Interrogatory Nos. 1 and 12 is attached to Defendants' Memorandum In Support Of Their Motion For Summary Judgment as Exhibit K.

Signed under the pains and penalties of perjury this 28th day of July 2006.

/s/ Joseph S. Fair
Joseph S. Fair

288732/60700/0143