UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>    Plaintiff )<br>)<br>v. )<br>)<br>)<br>TOWN OF SALISBURY, SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>    Defendants. )<br>) | Civil Action No. 2004CV10791RCL |

**PLAINTIFF'S *ASSENTED TO* MOTION TO EXTEND TIME FOR PLAINTIFF TO SUBMIT SUMMARY JUDGMENT MATERIALS IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MATERIALS
FROM AUGUST 18, 2006 TO AND INCLUDING SEPTEMBER 15, 2006**

    Plaintiff Susan Searle hereby moves this Court, with the assent of Defendants, to extend the time within which Plaintiff may file her summary judgment materials in opposition to Defendants' summary judgment materials from August 18, 2006 to and including September 15, 2006 for the reasons set forth below:

    1.    Plaintiff's opposition to Defendants' motion for summary judgment is currently due on August 18, 2006.

    2.    Defendants' memorandum of law consists of 29 pages, and Defendants' Statement of Material Facts to Which There is No Genuine Issue Pursuant to Local Rule 56.1 (hereinafter, "Statement of Allegedly Undisputed Facts") consists of 14 pages.

    3.    Plaintiff will require additional time to research all of the issues raised in Defendants' memorandum of law, which consists of 29 pages, and to prepare a memorandum in opposition thereto. Plaintiff's counsel also believes that further research may be helpful in determining whether Plaintiff will agree to consent to the dismissal of

certain (but by no means all) of Plaintiff's claims, which may/will serve to narrow the issues for review.  Additionally, Plaintiff will require additional time in order to prepare a response to the Statement of Allegedly Undisputed Facts, which is 14 pages long.

     4.    Attorney James Krasnoo, Plaintiff's co-counsel, was out of the office for most of the week of August 7-11, 2006 as a result of an unexpected death in his family.  Attorney Klehm, Plaintiff's co-counsel, ran the office and covered a deposition for Mr. Krasnoo in his absence.

     5.    Attorney Klehm will be on vacation out-of-state from September 2, 2006 through September 10, 2006.

     6.    On or about September 11, 2006, the law firm of Krasnoo|Klehm LLP will be moving offices, which will cause a significant disruption at the office for at least several days.  The moving of the office will disrupt the office computers and the ability to receive and to send ECF filings.

     7.    Plaintiff respectfully requests that this Court extend the time within which Plaintiff may file her summary judgment materials in opposition to Defendants' summary judgment materials from August 18, 2006 to and including September 15, 2006.

     8.    Counsel to Defendants assents to the allowance of the within motion.

**WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this Court GRANT the within motion and extend the time within which Plaintiff may file her summary judgment materials in opposition to Defendants' summary judgment materials,

from August 18, 2006 to and including September 15, 2006.

|  |  |
|---|---|
| The Plaintiff<br>Susan Searle<br>By Her Attorneys, | ASSENTED TO:<br>The Defendants<br>Town of Salisbury,<br>Salisbury Police Department,<br>and Lawrence Streeter<br>By Their Attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo  (BBO#279300)<br>Paul J. Klehm  (BBO#561605)<br>Krasnoo/Klehm LLP<br>23 Main Street, Terrace Level<br>Andover, MA  01810<br>(978) 475-9955 | /s/ Joseph Fair (by PJK, with permission)<br>David Jenkins (BBO # 251000)<br>Joseph Fair (BBO # 637818)<br>Kopelman and Paige, P.C.<br>31 St. James Street<br>Boston, MA  02116<br>(617) 556-0007 |

Dated:  August 16, 2006

# CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on August 16, 2006.

/s/ Paul J. Klehm
Paul J. Klehm