UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>  Plaintiff )<br> )<br>v. )<br> )<br> )<br>TOWN OF SALISBURY, SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>  Defendants. )<br> ) | Civil Action No. 04-CV-10791-RCL |

**PLAINTIFF'S *ASSENTED TO* MOTION TO FURTHER EXTEND TIME FOR PLAINTIFF TO SUBMIT SUMMARY JUDGMENT MATERIALS IN OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MATERIALS FROM SEPTEMBER 15, 2006 TO AND INCLUDING SEPTEMBER 29, 2006**

Plaintiff Susan Searle hereby moves this Court, with the assent of Defendants, to further extend the time within which Plaintiff may file her summary judgment materials in opposition to Defendants' summary judgment materials from September 15, 2006 to and including September 29, 2006 for the reasons set forth below:

1.      On August 16, 2006, the Court granted Plaintiff's *Assented To* Motion To Extend Time For Plaintiff To Submit Summary Judgment Materials In Opposition To Defendants' Summary Judgment Materials From August 18, 2006 To And Including September 15, 2006.

2.      As of that time, Plaintiff's counsel, Attorney Paul J. Klehm, was already aware that he had two depositions scheduled for September 12, 2006 in the matter of *Kocani, et. al. v. City of Beverly, et. al.*, Civil Action No. 05-12325-RBC, U.S. District Court, District of Massachusetts.

3. On September 1, 2006, Attorney Klehm obtained a Short Order of Notice for a hearing scheduled for September 14, 2006 in the matter of *New York-Presbyterian Hospital v. Tyco Healthcare Group, Limited Partnership, et. al.*, Civil Action No. 2006-01087, Massachusetts Superior Court, Bristol County.

4. The office of Krasnoo | Klehm LLP has yet to move to its new location. The premises of the new office were to have been vacated by September 4, 2006. As of the date of this motion, those premises have not yet been vacated. They are now scheduled to be vacated on or about September 12, 2006. Moreover, the new premises must be painted before Krasnoo | Klehm LLP moves to them.

5. This office expects the move to take approximately three days. During that time, all business of the firm will be severely disrupted, if not impossible to accomplish.

6. Plaintiff fully intends to oppose summary judgment, and Plaintiff's counsel will not request any further extensions to file Plaintiff's opposition thereto, in the event that the within motion is granted.

7. This Office has received a telephone call from Attorney Klehm, who is currently still on his vacation out of state, expressing his concern about meeting the deadline for the filing of Plaintiff's opposition to summary judgment. Attorney Klehm has been out of state on vacation since September 2, 2006. He is scheduled to return to the office on Monday, September 11, 2006.

8. Plaintiff respectfully requests that this Court further extend the time within which Plaintiff may file her summary judgment materials in opposition to Defendants'

summary judgment materials from September 15, 2006 to and including September 29, 2006.

9. Counsel to Defendants assents to the allowance of the within motion.

**WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this Court GRANT the within motion and further extend the time within which Plaintiff may file her summary judgment materials in opposition to Defendants' summary judgment materials, from September 15, 2006 to and including September 29, 2006.

|  |  |
|---|---|
| The Plaintiff<br>Susan Searle<br>By Her Attorneys, | ASSENTED TO:<br>The Defendants<br>Town of Salisbury,<br>Salisbury Police Department,<br>and Lawrence Streeter<br>By Their Attorneys, |
| /s/ James B. Krasnoo<br>James B. Krasnoo  (BBO#279300)<br>Paul J. Klehm  (BBO#561605)<br>Krasnoo/Klehm LLP<br>23 Main Street, Terrace Level<br>Andover, MA  01810<br>(978) 475-9955 | /s/ Joseph Fair (by JBK, with permission)<br>David Jenkins (BBO # 251000)<br>Joseph Fair (BBO # 637818)<br>Kopelman and Paige, P.C.<br>31 St. James Street<br>Boston, MA  02116<br>(617) 556-0007 |

Dated:  September 8, 2006

## CERTIFICATE OF SERVICE

I, James B. Krasnoo, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on September 8, 2006.

/s/ James B. Krasnoo
James B. Krasnoo