UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>　　Plaintiff )<br> )<br>v. )<br> )<br> )<br>TOWN OF SALISBURY, SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>　　Defendants. )<br> ) | Civil Action No. 04-CV-10791-RCL |

**PLAINTIFF SUSAN SEARLE'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES IN LENGTH**

Plaintiff Susan Searle hereby moves this Court pursuant to Local Rule 7.1(B)(4) for leave to exceed twenty pages in her memorandum where Defendants' Memorandum in Support of Their Motion for Summary Judgment consisted of 29 pages, and where Plaintiff Searle requires more than twenty pages to address the arguments raised by Defendants in their Memorandum of Law.   Plaintiff Searle's memorandum of law is also 29 pages in length.

**WHEREFORE**, Plaintiff Susan Searle respectfully requests that this Court GRANT the within motion and permit Plaintiff Searle to file a memorandum in excess of twenty pages.

　　　　　　　　　　　　　　　　　　　The Plaintiff
　　　　　　　　　　　　　　　　　　　Susan Searle
　　　　　　　　　　　　　　　　　　　By Her Attorneys,

　　　　　　　　　　　　　　　　　　　*/s/ Paul J. Klehm*
　　　　　　　　　　　　　　　　　　　James B. Krasnoo  (BBO#279300)
　　　　　　　　　　　　　　　　　　　jkrasnoo@krasnooklehm.com
　　　　　　　　　　　　　　　　　　　Paul J. Klehm  (BBO#561605)
　　　　　　　　　　　　　　　　　　　pklehm@krasnooklehm.com
　　　　　　　　　　　　　　　　　　　Krasnoo/Klehm LLP
　　　　　　　　　　　　　　　　　　　23 Main Street, Suite One
　　　　　　　　　　　　　　　　　　　Andover, MA  01810
　　　　　　　　　　　　　　　　　　　(978) 475-9955

Dated:   September 29, 2006

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

    I, Paul J. Klehm, Esq., counsel to Plaintiff, hereby certify that, on the afternoon of September 29, 2006, I telephoned Attorney Joseph Fair, counsel to Defendants, and informed him that I would be filing the within motion. Attorney Fair stated that he has no opposition to the motion.

                                            /s/ Paul J. Klehm_____
                                            Paul J. Klehm

**CERTIFICATE OF SERVICE**

    I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on September 29, 2006.

                                            */s/ Paul J. Klehm*
                                            Paul J. Klehm