UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>　　Plaintiff )<br>　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>TOWN OF SALISBURY, SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>　　Defendants. )<br>　　　　　　　　　　　　　　　　　　) | Civil Action No. 04-CV-10791-RCL |

**PLAINTIFF SUSAN SEARLE'S OPPOSITION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff Susan Searle hereby opposes the motion of Defendants Town of Salisbury and Lawrence Streeter for summary judgment where genuine issues of material fact exist as to the following counts:

1. Count I, insofar as it states claims pursuant to Mass. Gen. Laws c. 151B;
2. Count II (Title VII);
3. Count III (Federal Equal Pay Act);
4. Count V (Violation of 42 U.S.C. §1983); and
5. Count VIII, insofar as it states a claim for intentional infliction of emotional distress against Defendant Streeter.

Plaintiff Searle does not oppose the Defendants' motion for summary judgment as to any counts against Defendant Salisbury Police Department.  Additionally, Plaintiff Searle does not oppose the Defendants' motion for summary judgment as to the following claims:

1. Count I, insofar as it states a claim pursuant to Mass. Gen. Laws c. 214, §1C;
2. Count IV (Massachusetts Equal Rights Act);
3. Count VI (Breach of Contract);
4. Count VII (Breach of Covenant of Good Faith and Fair Dealing);
5. Count VIII, only insofar as it states a claim for negligent infliction of emotional distress; and
6. Count VIII, insofar as it states a claim for intentional infliction of emotional distress against Defendant Town of Salisbury and Salisbury Police Department only.

Plaintiff Searle relies upon the Memorandum of Law, Affidavit of Paul J. Klehm, Esq. (which includes the Affidavit of Susan Searle), and Plaintiff Searle's Response to Defendants' Statement of Undisputed Facts and Statement of Additional Facts filed herewith.

**WHEREFORE**, Plaintiff Susan Searle respectfully requests that this Court DENY the motion of Defendants Town of Salisbury and Lawrence Streeter for summary judgment.

> The Plaintiff
> Susan Searle
> By Her Attorneys,
>
> */s/ Paul J. Klehm*
> James B. Krasnoo  (BBO#279300)
> *jkrasnoo@krasnooklehm.com*
> Paul J. Klehm  (BBO#561605)
> *pklehm@krasnooklehm.com*
> Krasnoo/Klehm LLP
> 23 Main Street, Suite One
> Andover, MA  01810
> (978) 475-9955

Dated:   September 29, 2006

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on September 29, 2006.

> */s/ Paul J. Klehm*
> Paul J. Klehm