UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>　　　Plaintiff )<br> )<br>v. )<br> )<br> )<br>TOWN OF SALISBURY, SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>　　　Defendants. )<br> ) | Civil Action No. 04-CV-10791-RCL |

## AFFIDAVIT OF PAUL J. KLEHM, ESQ.

I, Paul J. Klehm, under oath, depose and state as follows:

I am counsel to Plaintiff in the above-referenced matter. I have caused to be attached hereto as exhibits true and genuine copies of the following documents:

A. Excerpts of Deposition of Susan Searle
B. Excerpts of Deposition of Lawrence Streeter
C. Town of Salisbury Admissions
D. Affidavit of Susan Searle
E. Excerpts of Deposition of Richard Simmons
F. Excerpts of Deposition of Edward Foote
G. Excerpt from "Officer Detail History"
H. Excerpts of Deposition of Denise Richard
I. Letter from Searle to Streeter dated January 19, 2001
J. Excerpt of email from Streeter to Searle dated August 4, 1999
K. Public Safety Dispatcher/Clerk Duties and Responsibilities Policy
L. Letter from Searle to Streeter dated July 25, 2001
M. "Discipline History" of Susan Searle
N. MCAD Complaint filed by Susan Searle
O. U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights
P. Plaintiff Susan Searle's Supplemental Answer To Interrogatory Nos. 1 and 12

Signed under the pains and penalties of perjury this 29th day of September, 2006,

　　　　　　　　　　　　　　　　　　　　/s/ Paul J. Klehm
　　　　　　　　　　　　　　　　　　　　Paul J. Klehm

## **CERTIFICATE OF SERVICE**

     I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on September 29, 2006.

                                                  */s/ Paul J. Klehm*  
                                                  Paul J. Klehm