UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

    Plaintiff,

v.

TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,

    Defendants.

RESPONSE OF THE DEFENDANT, TOWN OF SALISBURY, TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

Now comes the defendant, Town of Salisbury, and pursuant to Rule 36, Fed.R.Civ.P., and hereby responds to the plaintiff's Requests for Admissions dated September 13, 2004 as follows:

REQUEST NO. 1

In or around 1990, Chief Streeter was appointed the Chief of Police of the Salisbury Police Department.

RESPONSE NO. 1

Admitted.

REQUEST NO. 2

In or about September, 1994, Searle began working as a full-time public safety dispatcher for the Police Department of the Town of Salisbury, Massachusetts.

RESPONSE NO. 2

Admitted.

REQUEST NO. 3

Searle served as a sworn "special officer" for the Salisbury Police Department.

RESPONSE NO. 3

Admitted.

REQUEST NO. 4

In or around September, 1996, Searle left the Salisbury Police Department voluntarily.

RESPONSE NO. 4

Admitted.

REQUEST NO. 5

In or around 1994, Searle first approached Chief Streeter regarding her wish to perform traffic/construction paid details (hereinafter, "paid details") in Salisbury.

RESPONSE NO. 5

Admitted.

REQUEST NO. 6

In or around 1999, when Searle first approached Chief Streeter regarding her wish to perform traffic/construction details, Searle would have received more pay for working paid details than she would have received for working a comparable number of overtime hours as a dispatcher.

RESPONSE NO. 6

The defendant is unable to admit or deny Request No. 6 on the basis that the defendant cannot answer without knowing what detail is referred to.

RESPONSE NO. 46

Admitted.

REQUEST NO. 47

On or about August 1, 2001, Chief Streeter placed Searle on administrative leave.

RESPONSE NO. 47

Admitted.

REQUEST NO. 48

From 1994 to and including 2001, Chief Streeter treated females in the workplace differently than he treated males.

RESPONSE NO. 48

Denied.

REQUEST NO. 49

From 1994 to and including 2001, Chief Streeter discriminated against Searle because of her gender.

RESPONSE NO. 49

Denied.

To the best of my knowledge, signed under the pains and penalties of perjury this 20th day of January, 2005.

_____
Neil J. Harrington
Town Manager

231773/60700/0143

12