Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS          ORIGINAL

- - - - - - - - - - - - - - - - - -

SUSAN SEARLE,

        Plaintiff,

v.                                   Civil Action

                                    No. 04 CV 0791-RCL

TOWN OF SALISBURY POLICE

DEPARTMENT AND LAWRENCE STREETER,

        Defendants.

- - - - - - - - - - - - - - - -  VOLUME I

                             PAGES 1-131


       DEPOSITION of RICHARD SIMMONS, a witness called by counsel for the Plaintiff, taken pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure before Lorraine S. Foley, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of James Krasnoo, 23 Main Street, Andover, Massachusetts, on June 21, 2005, commencing at 10:07 a.m.

G&M Court Reporters, Ltd.
617-338-0030

1  A.  Back then, yes.
2  Q.  When you were working as a part-time special,
3      how many hours a week were you putting in?
4  A.  It could vary. Whatever they needed you for.
5      At that time, a lot of the specials worked in
6      nightclubs as a detail officer. That's how we
7      all started out.
8  Q.  What training did you receive before you became
9      a full-time officer in 1984?
10 A.  Went to the full-time police academy.
11 Q.  And did you attend that in or around 1984?
12 A.  Yes.
13 Q.  Could you run through for me the different
14     ranks that you have had in the Salisbury Police
15     Department from 1984 to the present? And if
16     you can, if you could include the years.
17 A.  I became patrolman in 1984. I became an
18     inspector in probably '87 or '88. I'm not
19     sure. And then the title of chief inspector
20     was put on me. That would have been probably
21     '85 or '86.
22 Q.  Okay. And then at some point you became the
23     interim chief?
24 A.  Yes.

```
 1   Q.  When was that?
 2   A.  That would have been December 1st, 2002.
 3   Q.  Did you take over as interim chief immediately
 4       after Chief Streeter stepped down?
 5   A.  Yes.
 6   Q.  When did you become the chief?
 7   A.  I'm still actually interim chief.
 8   Q.  Do you expect to become the chief?
 9   A.  No.
10   Q.  Why is that?
11   A.  I plan on retiring in January.
12   Q.  January of '06?
13   A.  Yes.
14   Q.  Is it fair to say, then, your current plan is
15       to remain as the interim chief through that
16       date?
17   A.  Unless they put somebody in.  That's up to the
18       town manager.
19   Q.  Okay.  Back when you were a special police
20       officer, did you perform detail work?
21   A.  Yes.
22   Q.  Would that include construction sites?
23   A.  Yes.
24   Q.  And nightclubs?
```

1   A.  I'm not sure I follow.
2   Q.  You don't know what I mean by "sexual banter"?
3   A.  No.
4   Q.  Were there jokes of a sexual nature that you
5       would hear from time to time at the Salisbury
6       Police Department while Susan Searle worked
7       there, during the time that Susan Searle worked
8       there?
9   A.  Yes.
10  Q.  And what types of sexual jokes would you hear?
11  A.  I don't recall anything specific.
12  Q.  Did you ever tell any?
13  A.  I'm not a joke teller.
14  Q.  Who did?
15  A.  I can't name anybody specific, but I'm sure it
16      has happened.  You know, there's a lot of
17      language in that area.
18  Q.  I'm sorry.  I didn't hear the last part.
19  A.  There's a lot of language in that area at
20      times.
21  Q.  Would you hear the word "sluts" from time to
22      time?
23  A.  I don't recall hearing that.
24  Q.  Or "slut"?

```
 1   A.   I don't recall hearing that.
 2   Q.   Would you hear the word "bitch" sometimes?
 3   A.   No.
 4   Q.   How often would you hear jokes of a sexual
 5        nature in the department during the time that
 6        Susan Searle worked there?
 7   A.   I didn't hear really anything specific, like I
 8        said.  I don't recall any -- there could have
 9        been something.  I don't know.
10   Q.   I thought a moment ago you said you did hear
11        them.
12   A.   I heard a lot of language in there, and jokes
13        may have been part of that, but I can't say
14        anything specific.
15   Q.   Well, were the jokes part of it or were they
16        not part of it?
17   A.   I don't recall.
18   Q.   So when earlier I asked you whether you heard
19        jokes of a sexual nature and you said -- at the
20        Salisbury Police Department, and you said that
21        you had, what were you thinking of?
22   A.   I'm not sure that I said that.  I think I said
23        there was a lot of language and there may have
24        been jokes as part of that, but I don't recall.
```

1   Q.   And when you're referring to "language," what
2        are you talking about?
3   A.   Swearing.
4   Q.   By "swearing," are you talking about words like
5        the F-word, and things of that nature?
6   A.   Yes.
7   Q.   Words with a sexual overtone?
8   A.   Well, I don't know if you would call it a
9        sexual overtone, but there was swearing going
10       on.
11  Q.   And did you ever take any steps to stop any of
12       the sexual jokes or the language that you
13       referred to from going on in the workplace?
14              MR. FAIR:  Objection.
15  A.   No.
16  Q.   Why not?
17  A.   I just didn't.
18  Q.   Did you feel it was part of your responsibility
19       as an inspector to do that?
20  A.   I didn't give it any thought.
21  Q.   Did you feel it was part of your responsibility
22       once you became interim chief to stop that kind
23       of behavior?
24  A.   Yes.

1      should have been done.
2   Q. Did you ever receive piss notes from
3      Chief Streeter?
4   A. Hundreds.
5   Q. Hundreds?
6   A. Yes.
7   Q. And you didn't consider them discipline; did
8      you?
9   A. No, not discipline, but you did what they said.
10  Q. Do your current employees refer to notes such
11     as that as piss notes?
12  A. Not that I know of.
13  Q. Do you write notes of a similar nature to what
14     Chief Streeter used to write as piss notes?
15  A. No.
16  Q. Why not?
17  A. I relay all my messages through in-house e-mail
18     or confront the officer if there's a problem.
19  Q. Did you dislike Chief Streeter's method of
20     using piss notes?
21  A. I never gave it any thought.
22  Q. But you didn't elect to do it the same way when
23     you became chief; right?
24  A. That's correct.