Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - -

SUSAN SEARLE,

        Plaintiff,

ORIGINAL

v.                       Civil Action

                       No. 04 CV 0791-RCL

TOWN OF SALISBURY POLICE

DEPARTMENT AND LAWRENCE STREETER,

        Defendants.

- - - - - - - - - - - - - - - - - -  VOLUME I

                       PAGES 1-123

    DEPOSITION of EDWARD FOOTE, a witness called by counsel for the Plaintiff, taken pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure before Lorraine S. Foley, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of James Krasnoo, 23 Main Street, Andover, Massachusetts, on June 21, 2005, commencing at 2:30 p.m.

1   Q.   What years did you serve?
2   A.   1970 to '72.
3   Q.   And your rank on discharge?
4   A.   Private.
5   Q.   Honorable discharge?
6   A.   Yes.
7   Q.   Any other formal education?
8   A.   No.
9   Q.   Do you know the person seated to my right,
10       Susan Searle?
11  A.   Yes, I do.
12  Q.   How do you know Susan?
13  A.   I know her from working on the Salisbury Police
14       Department as a dispatcher.
15  Q.   When did you first become either a part-time or
16       full-time police officer?
17  A.   1972, I think it was.
18  Q.   Right when you got out of the Army?
19  A.   Yes.
20  Q.   For how long did you work for the Salisbury
21       Police Department?
22  A.   Right up until the year 2002.
23  Q.   Did you work in Salisbury for 31 years?
24  A.   Part time at first and then full time.

1    special police officer was actually used as a
2    matron, and at 2:00 in the morning, you would
3    call them in because you had a drunk woman in
4    there and they had to come in and sit from
5    1:30, 2:00, 3:00, 4:00, 5:00, 6:00, 7:00, go to
6    court the next morning and get paid $6.50 or
7    $7.00 an hour.  They were sworn as a special
8    police officer, the same thing as a guy is
9    sworn.  And in my opinion, if they were good
10   enough to take the oath to come in at 2:00 in
11   the morning for $6.00 or $7.50, they were good
12   enough to go out and stand in traffic and
13   direct traffic.  And as you and I both know,
14   you don't have to be a nuclear scientist to go
15   out and direct traffic.  All you have to be is
16   alert, be on your toes, know what's going on.
17   So I thought it was a good way to subsidize
18   their income.
19  Q. And in your experience, then, there is no
20   difference in the ability of males versus
21   females to handle a road job; is that correct?
22  A. As long as you explain what the ground rules
23   are, to begin with.
24  Q. In your experience, did individuals who

1       performed road jobs have to go to intermittent
2       academy in order to be able to go to road jobs?
3    A. No.
4    Q. Do you know whether or not Mickey Champagne,
5       Mary Dow, Joanne Fontaine or Ann Champagne ever
6       went --
7    A. Ann Champagne, I believe did. The others did
8       not.
9    Q. Ann Champagne went to the intermittent academy,
10      but the others did not?
11   A. She went to some academy. Whether it was
12      actually called the intermittent one or not --
13      they used to have a night class that you would
14      meet one night a week probably for six months,
15      or something.
16   Q. But it didn't make a difference to you --
17   A. No.
18   Q. -- which one they went to; right?
19   A. No. They were sworn by the town clerk. They
20      had the authority of a regular police officer,
21      so I put them to work.
22   Q. At some point did the practice of having women
23      handle road jobs stop?
24   A. Yes, it did.

1   Q.   When was that?
2   A.   When Chief Streeter came on board.
3   Q.   Was it Chief Streeter that put an end to it?
4   A.   Yes, in my opinion.
5   Q.   And what is your opinion as to why he put an
6        end to it?
7   A.   That's hard to say.  I personally don't think
8        he liked women out on the road.
9   Q.   Do you have any idea what it was about women
10       out on the road that he didn't like?
11  A.   I just don't think he felt comfortable with it.
12  Q.   Did you ever have any conversations with him
13       about that?
14  A.   I've asked him why he didn't want them.  He
15       said, I'm the chief and that'll be it.
16  Q.   Did you find that unfair to women versus men?
17  A.   I felt it was, but what I felt didn't mean
18       anything to him.
19  Q.   Did you take any further efforts to have women
20       handle road jobs?
21  A.   No.
22  Q.   Did you ever have any conversations with
23       Inspector Simmons about the fact that women
24       were no longer permitted to handle road jobs?

1      and what did she say to you?
2  A.  She said, We still can't work road jobs. I
3      mentioned to the chief I didn't go to the
4      academy, which is the intermittent academy, the
5      night time academy, to be certified. And he's
6      not sending me. Rosie Maguire mentioned it.
7      She was a single widower trying to pay bills,
8      and she could use the extra money. He wouldn't
9      let her out there either.
10  Q.  Did Ms. Searle tell you why she wanted to work
11      the road jobs?
12  A.  Not that I recall. I imagine just the money.
13      It was good pay.
14  Q.  Is it better pay that working on the dispatch
15      desk?
16  A.  Probably four times what she makes. She might
17      have been making six, seven, $8.00 an hour,
18      depending on the time frame. If you worked a
19      weekend detail, it was time and a half. If you
20      worked a straight detail, it was like $20.00
21      an hour. So would you want to work for $6.00
22      an hour or 20 or $30 an hour? Four hour
23      minimum.
24  Q.  Four hour minimum?

1  A.  Four hour minimum.
2  Q.  Let's change the subject for a minute. Do you
3      remember any time when you were at the home of
4      Denise Richard and Susan Searle was present?
5  A.  Yes.
6  Q.  Is this one particular incident, or was it more
7      than one?
8  A.  No. I used to visit Denise quite a bit. She
9      only lived up the street from me a mile.
10 Q.  How many times when you visited Denise was
11     Susan there?
12 A.  Quite a bit, I would say.
13 Q.  Was there ever an incident in which Chief
14     Streeter were parked outside in a vehicle?
15 A.  Yes. Chief Streeter and Acting Chief Simmons.
16 Q.  Can you describe what that incident was?
17 A.  Nothing much. I was in there talking to them.
18     I made a comment, I said, You know, we'll
19     probably see Chief Streeter parked across the
20     street. In my opinion, again, just my opinion,
21     he was paranoid. If you didn't agree with him
22     and his policies 110 percent, he would try to
23     find something wrong with you and try to
24     reprimand you.

1   everybody has. I myself have.
2 Q. Was Susan Searle a good dispatcher?
3 A. I thought she was.
4 Q. Were you aware of any incidents in which
5   Inspector Simmons acted inappropriately towards
6   women in the workplace?
7 A. Dick was always a little outgoing sometimes
8   towards women.
9 Q. What does that mean?
10 A. Well, he would either be flirtatious to the
11   point you say, Umm, that's borderline.
12 Q. Flirtatious in the office?
13 A. Yes.
14 Q. With the female dispatchers?
15 A. Yes.
16 Q. Would that include Susan Searle?
17 A. Yes.
18 Q. Would that include Denise Richard?
19 A. I would say so, yes.
20 Q. In what way would he be flirtatious?
21 A. He would come in and say, Rub my back, or, Let
22   me get over close to you, or, You're real cute
23   today.
24 Q. Were you ever present when he asked Susan

```
 1         Streeter's ending the practice of women working
 2         details.  Do you recall that?
 3    A.   Yes.
 4    Q.   And you had responded that personally you
 5         believed that Chief Streeter did not want women
 6         on the road?
 7    A.   Correct.
 8    Q.   And Attorney Klehm then asked you if that's
 9         what Chief Streeter said to you, and you stated
10         that Chief Streeter told you it was because he
11         was the chief, and that would be it?
12    A.   That's it.
13    Q.   So Chief Streeter never said to you he didn't
14         want women on the road; is that correct?
15    A.   He said, Do not call women for road jobs any
16         more.
17    Q.   But did he say that the reason why he didn't
18         want you to call the women --
19    A.   He didn't elaborate on a reason.
20    Q.   So to the best of your recollection, when you
21         spoke with Chief Streeter about women working
22         details, what do you recall him saying to you?
23              MR. KLEHM:  Objection.  You can
24         answer.
```

1  you a date specific when that would happen,
2  because she was always asking to work road
3  details.
4        MR. KLEHM: Objection.
5  Q. My question, though, is, do you recall being
6  present for any conversations between Chief
7  Streeter and Ms. Searle about working details?
8  A. I would have to say yes to that, but to be
9  specific on it, I couldn't be.
10 Q. What do you recall?
11 A. I can recall her almost being a hound about
12 wanting to work road details, being persistent
13 about it.
14 Q. And when do you recall that occurring?
15 A. Shortly after he said there would be no more
16 females working road details.
17 Q. And that would have been approximately sometime
18 around the time that Chief Streeter became
19 chief?
20 A. Yes. I would say shortly after he became the
21 chief and worked up until -- it might have been
22 a year or two after. It could have been two or
23 three years. Just too much time has gone by.
24 Q. Do you recall anything else about those

1      in?
2   A. No.
3   Q. Why didn't you call in?
4   A. Why would I call in?
5   Q. So you saw no reason to call in?
6   A. No.
7   Q. What was the purpose of sitting there and
8      watching the house?
9          MR. FAIR: Objection.
10  A. You would have to ask Chief Streeter.
11  Q. So you had no understanding as to what the
12     purpose was?
13  A. No.
14  Q. Did you find it inappropriate?
15  A. I was uncomfortable sitting there.
16  Q. How long did you sit there?
17  A. 15 or 20 minutes.
18  Q. And you and Chief Streeter, other than your
19     saying you were uncomfortable, didn't say
20     anything during this time?
21  A. Nothing about what we were doing there. If
22     there was small talk, I don't recall it.
23  Q. Did you get out of the car at any point?
24  A. No.