Officer Detail History    11/2/2004

| Date | Officer | Company | Hours | OT Hours | Payroll Amount |
|---|---|---|---|---|---|
| 11/22/2000 | Andreotolla | Club Ozone | 4 | 0 | $112.00 |
| 11/23/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/9/2002 | Andreottola | H.A. Richard & | 4 | 0 | $116.00 |
| 11/2/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/3/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/10/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/11/2001 | Andreottola | Seabrook Stati | 8 | 0 | $224.00 |
| 11/1/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/16/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 1/4/2003 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/21/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 10/27/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 10/12/2002 | Andreottola | Cinemagic | 4 | 0 | $112.00 |
| 10/4/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 10/6/2001 | Andreottola | Triton | 4 | 0 | $108.00 |
| 12/7/2001 | Andreottola | Cinemagic | 4 | 0 | $112.00 |
| 9/27/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 9/22/2002 | Andreottola | First Eastern M | 4 | 0 | $112.00 |
| 8/31/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 10/19/2002 | Andreottola | Cinemagic | 4 | 0 | $112.00 |
| 10/5/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 8/10/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 8/18/2001 | Andreottola | Wally Wave | 8 | 0 | $224.00 |
| 8/18/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 8/25/2001 | Andreottola | Emily Callahan | 4 | 0 | $112.00 |
| 8/24/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 12/21/2002 | Andreottola | Cinemagic | 4 | 0 | $112.00 |
| 9/2/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 1/11/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/10/2001 | Andreottola | Seabrook Stati | 8 | 0 | $224.00 |
| 9/28/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/9/2001 | Andreottola | Seabrook Stati | 8 | 0 | $224.00 |
| 11/30/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/30/2002 | Andreottola | Cinemagic | 4 | 0 | $112.00 |
| 11/21/2002 | Andreottola | Susan Bristol | 4 | 0 | $112.00 |
| 10/13/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 10/14/2001 | Andreottola | Amesbury Wat | 4 | 0 | $120.00 |
| 10/19/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 11/16/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 7/2/2004 | Andreottola | Jacobson's Ca | 4 | 0 | $144.00 |
| 9/8/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 4/20/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 12/21/2001 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 3/15/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 7/6/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |
| 3/23/2002 | Andreottola | Club Ozone | 4 | 0 | $112.00 |