UNITES STATES DISTRICT COURT

ESSEX. SS                    DISTRICT OF MASSACHUSETTS
                        CA No.  2004CV1079IRCL

```
* * * * * * * * * * * * * * * *
SUSAN SEARLE                        *
                                    *
        Plaintiff,                  *
                                    *
    vs.                             *
TOWN OF SALISBURY,                  *
SALISBURY POLICE DEPARTMENT         *
and LAWRENCE STREETER               *
                                    *
        Defendants.                 *
* * * * * * * * * * * * * * * *
```

            DEPOSITION of DENISE M. RICHARD, a
witness called on behalf of the defendants, pursuant
to the Massachusetts Rules of Civil Procedure, before
Carmen W.  Branson, a Court Reporter and Notary
Public in and for the Commonwealth of Massachusetts,
at the offices of Kopelman & Paige, P.C., 31 St.
James Ave., Boston, Massachusetts on Friday, June 17,
2005, commencing at 10 a.m.

APPEARANCES:
PAUL J. KLEHM, ESQ.
LAW OFFICES OF JAMES B. KRASNOO
23 Main Street
Terrace Level
Andover, MA  01810
(For the Plaintiff)

JOSEPH S. FAIR, ESQ.
KOPELMAN & PAIGE, PC
31 St. James Ave.
Boston, MA  02116
(For the Defendants)

COPY

## _Leavitt Reporting, Inc._

1207 Commercial Street, Rear                    Tel. 781-335-6791
Weymouth, MA 02189                              Fax: 781-335-7911
                                                leavittreporting@att.net

Hearings ◆ Conferences ◆ Legal Proceedings

1  that during the first tenure or the second tenure of

2  Ms. Searle?

3      A.   I believe it was the second tenure.

4      Q.   So you believe it was sometime after 1998?

5      A.   Yes.

6      Q.   Do you recall more specifically when after

7  1998 it occurred?

8      A.   I don't have a specific date, no.

9      Q.   No, but approximately what year?

10     A.   I don't remember exactly what year.

11     Q.   What did you hear -- well, were you ever

12  present -- strike that.

13          How many times were you present when

14  Ms. Searle spoke to the Chief about working details?

15     A.   It was approximately a couple of times in

16  dispatch when the conversation was brought up about

17  the inference of doing details was brought up.

18     Q.   Brought up by whom?

19     A.   Brought up by Ms. Searle.

20     Q.   And all instances would have been after

21  1998?

22     A.   I believe so.  I am not exactly sure.

23     Q.   Could some of them be prior to 1998?

1          MR. KLEHM: Objection to the form.

2     A.   Possibly.

3     Q.   You are not sure?

4     A.   No, I am not sure.

5     Q.   What do you recall being said between

6  Ms. Searle and Chief Streeter?

7     A.   I recall Ms. Searle asking if we could do

8  details and again Chief Streeter laughing and saying

9  no.

10    Q.   Do you recall anything else about what Chief

11  Streeter said to her or what she said to Chief

12  Streeter?

13    A.   No.

14    Q.   Have you now told me everything you can

15  recall about the conversations you have heard about

16  Chief Streeter and Ms. Searle concerning the subject

17  of working details?

18    A.   Yes.

19    Q.   Now you mentioned again this intimidation

20  factor, were there any instances or -- strike that.

21          You said you noted Chief Streeter

22  behaving in this manner to a number of department

23  employees, is that correct?

1  officers as well as matrons and sometimes fill-in

2  dispatch before they had full time dispatchers, they

3  would go out and do detail, road details.

4      Q.  Which women are you referring to?

5      A.  I am referring Ann Champagne.  Micky

6  Champagne, Mary Dow, and Robin Dow.

7      Q.  They worked details prior to Chief Streeter

8  coming on?

9      A.  Yes.

10     Q.  And did they work details after Chief

11 Streeter came on?

12     A.  For a short period of time.

13     Q.  Do you recall how long a period of time?

14     A.  I really don't recall that.

15     Q.  Do you know of those individuals that you

16 mentioned whether any of them had attended a police

17 academy of any sort?

18     A.  No, they had not.

19     Q.  And you had not attended a police academy,

20 correct?

21     A.  No, I did not.

22     Q.  Do you recall anything else that the chief

23 said to you when you spoke to him about your working

1    on the desk, they would get sergeant pay and not

2    dispatch pay.

3        Q.  Why is that treating women differently than

4    men?

5        A.  It is treating women differently than men

6    because they should be getting -- whoever sits in

7    dispatch, should get the dispatch rate.

8        Q.  Was there a difference between the way males

9    and females were treated with regard to dress codes?

10       A.  Yes.

11       Q.  Can you explain what that was?

12       A.  Females in the dispatch area had to be ship

13   shape, tip-top, crisp, sharp, neat.  Male officers

14   could come in without a tie on or a wrinkled shirt or

15   dirty shoes or whatever and nobody would ever say

16   anything to them.

17       Q.  Did you complain about that?

18       A.  Yes.  There was also one dispatcher that

19   could get away with it also.  I complained about it

20   to Chief Streeter.

21       Q.  And on how many occasions did you complain

22   to Chief Streeter about that?

23       A.  I would say five or six times.