January 19, 2001

To: Chief Streeter/Sgt Roy
From: SM Searle

Dear Sirs,

I am in receipt of a request for a detailed report on an "incident" which allegedly occurred on January 11th while on duty.

While I do not recall a "specific incident" between myself and officer Sforza, I do recall being very hurt and angry due to the fact that two officers on duty (Sforza and Scione) deliberately neglected to include me in the daily "ordering of supper". I had been working a double that day and hadn't had anything to eat all day except for my oatmeal in the morning at 08:00 hrs.
You may think this to be trivial in nature, yet it is not. This was just the straw that broke the camel's back with regard to the way some of the patrolmen treat the female population around here.
I have seen an increase in hostility towards myself (I cannot speak for the other females) although I have witnessed certain behaviors that would be included in what I am attempting to describe without "naming names". The hostility I am referring to has become increasingly evident since the beginning of the "Kozacka/Engle incident.

Certain utterances have been made with regard to females in a slightly derrogatory manner and I have personally experienced some males making a deliberate action in avoiding or speaking to me. (Most likely due to the fact that I have always treated Ms. Kozacka in the same manner and fashion that I always have greeted her with), although the males have made it a point not to speak to her or acknowledge her existence. That is their choice to do so, but to ignore or avoid me due to their personal feelings is not right. I have taken no sides in this matter and do not intend to. I have always been kind and considerate to all the patrolmen and would not let personal perceptions or opinions get in the way of my daily duties and/or attitude. I do not bring my personal life or opinions to work with me. I do not wish to be treated in a manner of non-existance or otherwise. **There are a lot of men in this department that need to grow up.**

I have gotten away from the matter at hand which is Janauary 11th on the 3-11 shift. I was very hurt and angry and I told Steven Sforza that I felt that way. He seemed to think it was amusing and shrugged it off, which hurt me even more.(walking away from me as I spoke to him)

Poor Marshall Bennett who was in the room at the time felt very badly about what took place and was very comforting to me. I admire him for being kind and considerate.

As you are well aware, as I was venting in your presence (which I feel perfectly comfortable doing) Ronnie Guilmette was exiting the conference room into the lobby and he overheard me venting. I felt very badly about his having to experience my hurt and anger ( I think a lot of him) and was actually embarrassed that he had overheard my comments. I am hoping to see or speak with him in the near future so that I can again apologize to him for having been exposed to my venting.

There is so much more that I have to say, but it would be inclusive of naming names and I do not wish do undertake that step.

Although I do want you to know that there is a general concensus within this department that women are second rate and I truly believe that it must be addressed.

It is quite a feeling to experience on a daily basis that one's existance truly does not make any difference. I put in 150% for these guys and ask nothing in return except for a bit of consideration. It is not a lot to ask.

Respectfully,

*[signature]*

SM Searle

000676