Salisbury Police Department                                    Page:     1

```
Sent : 08/04/1999 By: LAWRENCE STREETER
Subject: DISPATCH
    To: SUSAN SEARLE
```

Thanks Susan, but your opinion really isn't valued around here.  Thanks for trying however.


I think you refer to your relationship with your own union when you speak of your a lack of communication.  I have always been very open and, in fact, welcome input.  Afterall, you're the one who has to live there a minimum of 8 hours a day.

Think about what you'd like to have, you may be out voted in the end, but constructive input is always valued by this writer.  And, I think you realize that dispite your outburst(s).

Adios...........