PUBLIC SAFETY DISPATCHER/CLERK

I. SUMMARY

The public safety dispatcher/clerk receives all oral communications from the public and from public safety employees coming into the communications center. By following established procedures and employing common sense, the dispatcher/clerk transmits requests for public safety services to the appropriate location or makes notifications as required.

Subject to the provisions in the appropriate manuals covering policies and procedures for public safety agencies in Salisbury, the public safety dispatcher/clerk has primary responsibility for the initial deployment of public safety personnel and equipment in Salisbury.

II. GENERAL DUTIES AND RESPONSIBILITIES - Police

1. Report any deployment of police officers beyond their regularly assigned routes or sectors to the Officer-In-Charge.

2. Inform the Officer-In-Charge whenever a police vehicle is out of service, an officer has reported out for a shift or of any other staffing or equipment shortages.

3. Announce the call letters of the Department as issued by the Federal Communications Commission.

4. Be thoroughly familiar with the Department's procedures relating to the use of radio and other communications equipment.

5. Acquire a thorough knowledge of the location and layout of streets, buildings, parks, housing projects and other significant areas of the community so as to maximize the accuracy and speed of dispatches.

6. Respond to all complaints received in a calm manner.

7. Be familiar with emergency procedures that relate to matters requiring urgent police attention so as to be capable of activating them immediately.

8. Keep personnel who have been dispatched on calls fully informed of all facts affecting the safety or efficiency of their response to the call.

9. Inform the Officer-In-Charge when contact with an officer on patrol cannot be made after a reasonable amount of time.

10. Maintain equipment, especially the emergency call lines, in working order and immediately report any malfunction or defect to the Officer-In-Charge.

11. Record all significant communications as required by current departmental procedures.

12. Answer all telephone calls promptly and respond by stating "Salisbury Police Department, Dispatcher (Surname), your call is being recorded".

13. Perform any other duties as may be assigned by the Chief.