*Chief Lawrence E Streeter*
*Salisbury Police Dept*
*24 Railroad Ave*
*Salisbury, MA 01952*

*July 25, 2001*

*Dear Chief Streeter,*

*This letter is with regard to the accusations lodged against me by Eugene Scione and Sgt Kevin Sullivan recently.*

*After having some time to compose myself I have come to the realization that I was not given ample time to respond to these accusations. I would imagine that the initial shock of such strong accusations allowed me to become defensive yet not able to collect my thoughts.*

*First I would like to address the inaccurate and dishonest accusations of Officer Scione.*

*I can vividly recall the evening which I dispatched him to the State Reservation for a reported grass fire.*

*His response was one that anyone would perceive as "not wanting to go". (which I found unusual) He inquired as to whether I had contacted the reservation to have the State Police respond whereas they have a mounted patrol on duty.(which I am well aware of)I advised him that I was unable to reach the SP. He states that I told him that I could not reach "reservation" in his report which is not accurate. I had been on the phone with them on their original call, and then again to advise them to "clear the gate for emergency vehicles coming through (as I always do). I never said I could not reach the reservation. At this point is was very clear that he had a distinct negative attitude on the radio toward me. (I received a call a while later from someone who monitors our frequency all the time and they inquired of me as to "what was up with Scione's attitude toward me") I told them that I was not sure why he was being a "jerk" but was not appreciative of this type of behavior on the radio. It is rude and unprofessional. I have never formally reported these incidents because I have usually addressed them with the officer directly in order not to ignore such situations and maybe eliminate this from occurring in the future and also to see if there was something I myself had done to provoke this type of demeaning and unprofessional behavior.*
*Officer Thomas speaks to me in these tones all the time(on the radio), but I have never reported him as doing so, although I have spoken directly to him with regard to it.*
*When officer Scione arrived on the scene of the grass fire, he radioed me with "I'll be code five, there are more responders here than necessary, State Police, Environmental Police, Park Personnel and Salisbury Fire Dept". (this radio transmission was done in a snide and arrogant manner which took me again by surprise and thought of as very unprofessional, like I had bothered him with some trivial call. I found it to be extremely demeaning toward me.*
*I had mentioned it to him when he returned to the station later on. I asked him if he were "mad at me" or if there was something I had done to him that caused him to speak to me in such a derogatory manner and he said "no". I also mentioned it to Sgt Sullivan as he came in the station to prepare for his shift and he seemed to ignore my statement of "what's the matter with Scione tonite, he is being so grouchy and unprofessional to me on the radio".*
*Thinking back on it now, I can only surmise that officer Scione may have thought about his actions and thought that I was going to report him, so in turn he described his actions to me as mine to him.(I would never have formally reported him but find that I now must do so in order to protect myself.*

*I had another call at the Salisbury Skate Park which I dispatched him(Scione) to. He came back on the radio and asked me to repeat the location. I again stated Salisbury Skate Park. He again questioned the exact location. it appeared he did not know what I was describing. I described the park inside the town lot entrance to the right.*
*He later told me he thought I meant the State Park, with him understanding it to be the State Reservation.*

000550

*I never refer to the State Reservation as the State Park. It is an understandable misinterpretation, yet he has accused me of doing him some sort of harm by his misinterpretation. I find this to be some sort of vengeful accusation on his part, I am not sure what his bad feelings toward me have derived from except that I have noticed he and a certain group of patrolman to have turned a cold shoulder toward me for a while now, and do not understand the cause. I have ignored it and attribute it to what is going on with the possibility of a layoff or other issue they may be dealing with . I treat all of the patrolmen the same. Everyone has their own personality and flaws yet I believe that no one should be treated any differently because of such flaws or distinctive types of personality. I find alienation of others to be unethical and offensive to all. But I guess I need to remember that I am surrounded by many who do no have one ounce of compassion or consideration for others.*

*Also the noted accusation which really floored me was that of the log entry describing officer Scione having injured his shoulder. He seemed to be in a lot of pain when he told me of the injury. I felt really bad for him. He made it sound as though I logged it with the intention of hurting him. I did it to protect him, as I would have with anyone else. I was told that I was to log all types of situation such as this one .on several occasions in the past by my superiors. He made it sound like I intended to cause him harm in some way by doing my job.*
*If this occurrence was to be specifically omitted from my log entries, someone should have specifically advised me NOT to log it.*
*I am sure that if I hadn't logged it, someone would have come to me to reprimand me for NOT logging it.*

*I am insulted at the thought that officer Scione has portrayed me as dishonest, unprofessional and suddenly inefficient at my job. It has been he who has initiated this whole situation with a bad attitude and unprofessionalism and attempting to turn it around on me thinking that he needs to cover his actions by doing so. Insulted even more that he has been dishonest about this whole situation.*
*I wish that you would pull the radio transmission tapes so that you can see for yourself.*


*Now in response to Sgt Sullivan's accusations that I had been "less than honest" I believe that his statement makes.*
*He refers to the day that SFD asked to have OIC slide by their station when they had the chance. (OIC on that day was supposedly K Pike)*
*I have had many occasions when the fire dept calls and asks one of my cruisers to slide by their station and I relay the message. They never have a problem going and I am never aware of the reason as to why because I am never told of such reason after the fact.*
*Anyway, on the date they describe the request, they say K Pike never came by and that they made e a request later in the day and he responded. I do not recall the specific day due to the fact that they do this on many occasions and it is never made known to me that it is of any urgency. The message always gets delivered and the officer always responds.*
*They say that I never sent him on this day and I cannot deny it, nor can I prove that I did send him. If I neglected to relay the message to him and was caught up in my daily tasks I can apologize for such an omission. Yet I am not aware that I did or did not neglect doing it whereas I do it so frequently for them that I cannot pinpoint what day it may or may not have taken place.*
*Sgt Sullivan asked me if I asked K Pike to go to the Fire Dept and I told him that I must have, why would I not send him. And if I did not relay the message to him, it would not have been intentional. But I never misled Sgt Sullivan, I just told him that I must have asked him, why would I not. If I didn't It would not have been done intentionally.*
*AND, it is noted that this was related to an earlier call regarding a past fire on Atlantic Ave, no one ever called me referencing anything of that nature.*
*Although I can recollect them asking for Tony King to respond to Atlantic Ave as he came in for his 1500 hr shift.*
*Sgt Sullivan hasn't spoken to me since the time I told him I thought he could have approached my daughter in a less aggressive and rude manner than he did when he so rudely told her that she was not ever welcome in the station. I speak to him with regard to work related matters and not anything else. I do not treat him any differently than I have in the past couple years when I thought he and I had a pretty decent*

*relationship. I can only take this as another form of his vindictiveness toward me because I am not one of his submissive followers.*

*Well, I cannot write anymore, I am tired from the psychological and emotional drain this has had on me.*

*At least now I have a better perspective as to how I am viewed by my peers, describing me as a dishonest, inefficient at my job and extremely unprofessional. I would like to see any one of these complainants attempt to replace me in my job and attempt to be a multi-tasker and as efficient, capable and professional as I am.*
*I cannot understand why the public has not complained about me in the same manner as has been described in these complaints. Suddenly I am incapable of dong my job and am being treated as a "second class" person (because I call people on the things that occur as they occur) by many of my peers is so far from coincidental.*

*Sorry this was so long and dragged out. I had so much to say but could not possibly transcribe all of my thought in this matter.*

*Respectfully,*

*Susan M Searle*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Lawrence Streeter
    24 Railroad Ave
    Salisbury MA
    01952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0008 7922 7657

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

000552