Sue Searle
Discipline History

| Date | Call # | Issue | Remark | Status |
|---|---|---|---|---|
| 9/19/94 | | Initial Hire Date | | |
| 8/4/96 | | Resigned | | |
| 3/8/98 | | Returned | | |
| 5/4/98 | | Complaint Letter from Supervisor | Incompetence | |
| 5/4/98 | | Complaint Letter from Supervisor | No cruiser status checks | |
| 5/4/98 | | Complaint Letter from Supervisor | Critical information over cruiser computer | |
| 5/4/98 | | Complaint Letter from Supervisor | Not notifying FD on priority one medical | |
| 5/4/98 | | Complaint Letter from Supervisor | Not responding to MEMA radio test | |
| 5/4/98 | | Complaint Letter from Supervisor | Insubordination | |
| 6/21/98 | | Note from Chief | Not assigning an officer to a call | |
| 9/29/98 | | Complaint from Newspaper Editor | Unacceptable Behavior | |
| 9/29/98 | | Complaint from Newspaper Editor | Undue Personal Influence on Public Information | |
| 10/2/98 | | Note from Chief | Insubordination | |
| 2/24/99 | | Note from Chief | Not assigning an officer to a call | |
| 2/24/99 | | Note from Chief | Improper information over cruiser computer | |
| 2/24/99 | | Note from Chief | Inaccurate times recorded - intentionally | |
| 8/9/99 | | Note from Chief | Not assigning an officer to a call | |
| 8/15/99 | | Note from Chief | Not notifying owner on an alarm | |
| 8/16/99 | | Note from Chief | Insubordination | |
| 12/13/99 | | Note from Chief | Tow information not in log | |
| 12/19/99 | | Note from Chief | Not assigning an officer to a call | |
| 12/20/99 | | Note from Chief | Not assigning an officer to a call | |
| 1/4/00 | | Note from Chief | Incomplete information in police log | |
| 30/00 | | Note from Chief | Tow information not in log | |
| /5/00 | | Note from Chief | Incomplete information in police log | |
| 4/11/00 | | Note from Chief | Not assigning an officer to a call | |
| 6/14/00 | | Note from Chief | Incomplete Information in Police Log | |
| 6/16/00 | | Note from Chief | Not assigning an officer to a call | |
| 6/29/00 | | Note from Chief | Not assigning an officer to a call | |
| 7/5/00 | | Note from Chief | Not assigning an officer to a call | |
| 7/5/00 | | Note from Chief | Inaccurate Information in Police Log | |
| 7/14/00 | | Note from Chief | Questionable Overtime | |
| 7/15/00 | | Note from Chief | Questionable Overtime | |
| 7/27/00 | | Note from Chief | Tow information not in log | |
| 8/14/00 | | Note from Chief | Incomplete Information in Police Log | |
| 8/14/00 | | Note from Chief | Not assigning an officer to a call | |
| 8/14/00 | | Note from Chief | Incomplete Information in Police Log | |
| 8/14/00 | | Note from Chief | Not assigning an officer to a call | |
| 8/17/00 | | Note from Dispatch Supervisor | Not assigning an officer to a call | |
| 8/21/00 | | Note from Chief | Not paying attention to duty | |
| 8/26/00 | | Note from Chief | Incomplete Information in Police Log | |
| 8/27/00 | | Note from Chief | Incomplete Information in Police Log | |
| 8/28/00 | | Note from Chief | Not assigning an officer to a call | |
| 9/5/00 | | Complaint fro SIMR | Insubordination | |
| 9/7/00 | | Self initiated | Abandoning dispatch area | |
| 9/9/00 | | Note from Chief | Not completing a request for service | |
| 9/13/00 | | Note from Chief | Incomplete Information in Police Log | |
| 9/15/00 | | Letter of Counseling - Reprimand | Unacceptable Behavior | |
| 5/00 | | Letter of Counseling - Reprimand | Insubordination | |
| 15/00 | | Note from chief | Incomplete Information in Police Log | |
| 10/26/00 | | Complaint from Supervisor | Not assigning an officer to a call | |
| 10/26/00 | | Complaint from Supervisor | Not assigning an officer to a call | |
| 10/26/00 | | Complaint from Supervisor | Incomplete Information in Police Log | |
| 10/26/00 | | Complaint from Supervisor | Inaccurate Information in Police Log | |

Sue Searle
Discipline History

| Date | | Type | | Description | | |
|---|---|---|---|---|---|---|
| 10/26/00 | | Complaint from Supervisor | | Not assigning an officer to a call | | |
| 10/26/00 | | Complaint from Supervisor | | No information in Police Log | | |
| 11/4/00 | | Letter of Counseling - Reprimand | | | | |
| 11/6/00 | | Note from Chief | | Not assigning an officer to a call | | |
| 11/6/00 | | Note from Chief | | Not assigning an officer to a call | | |
| 11/6/00 | | Note from Chief | | Conflicting information with supervisor | | |
| 11/8/00 | | Note from Chief | | Not assigning an officer to a call | | |
| 11/18/00 | | Note from Chief | | Not assigning an officer to a call | | |
| 12/20/00 | | Note from Chief | | Incomplete Information in Police Log | | |
| 12/22/00 | | Letter of Counseling - Reprimand | | Unacceptable Behavior | | |
| 12/22/00 | | Letter of Counseling - Reprimand | | Not assigning an officer to a call | | |
| 12/22/00 | | Letter of Counseling - Reprimand | | Inaccurate times recorded - intentionally | | |
| 1/4/01 | | Report from officer | | Not assigning an officer to a call | | |
| 1/11/01 | | Report from Supervisor | | Conduct Unbecoming - Argumentative w/officer | | |
| 1/16/01 | | Note from SIMR | | Inaccurate Information in Police Log | | |
| 1/24/01 | | Note from Chief | | Incomplete Information in Police Log | | |
| 1/26/01 | | Note from Dispatch Supervisor | | Incompetence - Gave P/O's home phone to member of public | | |
| 2/11/01 | | One (1) hour late to work | | Incompetence - Paid another dispatcher O/T for coverage | | |
| 2/19/01 | | Note from Chief | | Incompetence/Insubordination - reported for training class lat | | |
| 4/1/01 | | One (1) hour late to work | | Incompetence - Paid another dispatcher O/T for coverage | | |
| 4/6/01 | | Letter from WCC | | Conflicting information relative to advocate availability | | |
| 4/17/01 | | Note from Dispatch Supervisor | | Unprofessional log entry | | |
| 4/24/01 | | Complaint Letter from Supervisor | | Insubordination | | |
| 4/24/01 | | Complaint Letter from Supervisor | | Out of proper uniform | | |
| 4/24/01 | | Complaint Letter from Supervisor | | Abuse of sick time | | |
| 6/1/01 | | Records | | Unattentive to Duty | | |
| 6/1/01 | | Records | | Misuse of Department Property | | |
| 6/1/01 | | Records | | Unattentive to Duty | | |
| 6/1/01 | | Records | | Misuse of Department Property | | |
| 6/30/01 | | Note from Chief | | Not assigning an officer to a call | | |
| 6/30/01 | | Note from Chief | | Tow information not in log | | |

Sue Searle
Discipline History

| Date | # | Type | Description | Outcome |
|---|---|---|---|---|
| 7/4/01 | | Internal Affairs Invest | Discourtesy - Scione | |
| 7/4/01 | | Note from Chief | Not assigning an officer to a call | |
| 7/4/01 | | Note from Chief | Not assigning an officer to a call | |
| 7/5/01 | | Internal Affairs Invest | Not assigning an officer to a call, (SULK) | |
| 7/10/01 | | Internal Affairs Invest | 6 Minutes Delay in FD Notification, (DOYLE) | |
| 7/21/01 | 6773 | Invest | Inaccurate Information in Police Log | |
| 7/21/01 | 6773 | Invest | No report created | |
| 7/21/01 | 6773 | Invest | Incurring Department Liability | |
| 7/21/01 | 6919 | Invest | Not assigning an officer to a call | |
| 7/21/01 | 6919 | Invest | No report created | |
| 7/21/01 | 6919 | Invest | Incurring Department Liability | |
| 7/22/01 | | Invest | No Information in Police Log | |
| 7/22/01 | | Invest | No report created | |
| 7/22/01 | | Invest | Incurring Department Liability | |
| 7/22/01 | 6779 | Invest | Unprofessional log entry | |
| 7/22/01 | 6779 | Invest | Incomplete report filed | |
| 7/22/01 | 6840 | Invest | Not assigning an officer to a call | |
| 7/23/01 | 6878 | Invest | Not assigning an officer to a call | |
| 7/23/01 | 6878 | Invest | No report created | |
| 7/23/01 | 6878 | Invest | Incurring Department Liability | |
| 7/23/01 | 6876 | Invest | Tow information not in log | |
| 7/23/01 | 6877 | Invest | Not assigning an officer to a call | |
| 7/23/01 | 6877 | Invest | No report created | |
| 7/23/01 | 6877 | Invest | Incurring Department Liability | |
| 7/23/01 | 6877 | Invest | Inaccurate Information in Police Log | |
| 7/24/01 | 6911 | Invest | Inaccurate Information in Police Log | |
| 7/24/01 | 6911 | Invest | No report created | |
| 7/24/01 | 6911 | Invest | Incurring Department Liability | |
| 7/24/01 | | Internal Affairs Interview | PACW/SIMR (Last Day Worked) (Doyle/SULK/SCIE Issues) | |
| 7/25/01 | | Day Off | | |
| 7/26/01 | | Day Off | | |
| 7/27/01 | | Called in Sick | Advised JONA that she was traumatized would see Atty | |
| 7/27/01 | | Received Certified Letter | From SEAS to Chief ref SCIE/SULK complaints | |
| 7/27/01 | | **Administrative Leave (1st)** | **Refered to Dept Psychologist** | |
| 7/27/01 | | | Statement of psychological & emotional drain, & poor work performance | |
| 8/1/01 | | Chief Meeting w/SEAS | 1900 hrs, Chief's Office (Issues addressed in Ltr date 08/02) | |
| 8/2/01 | | Fitness for Duty Evaluation | Dr. Longpre | |
| 8/2/01 | | Letter of Counseling/Warning | Re Previous Issues, Ltr Addresses Issues on Pages 1&2 | |
| 8/2/01 | | Waiting for Fitness for Duty Evaluation Report & IA Invest completion | | |
| **8/8/01** | | **Administrative Leave (2nd)** | **Re Internal Invest, Admin Lv: 08/08 - 08/17/01** | |
| 8/8/01 | | Internal Affairs Invest | Re 209A Issue | |
| 8/9/01 | | Phone to SEAS home, AM | SIMR spoke w/Meghan stated he wanted to talk w/SEAS | |
| 8/9/01 | | Phone to SEAS home, PM | SIMR left a message on SEAS recorder | |
| 8/10/01 | | PD, Pay check | JONA told Meghan SIMR/PACW wanted to speak w/SEAS | |
| 8/13/01 | | Internal Affairs Report | Re SCIE complaints | Not Sustained |
| 8/13/01 | | Internal Affairs Report | Re Fire Dept (Doyle) Complaint | Exonerated |
| 8/13/01 | | Visit to SEAS home, AM | SIMR/PACW left card in door, no response at home | |
| 8/13/01 | | SEAS called PACW (15:30) | Stated she could be reached on 08/14 at home | |
| 8/14/01 | | Phone to SEAS home, 1100 | PACW left message on SEAS recorder | |
| 8/15/01 | | Contract Negotiations | SEAS/Breslin met w/TM re negotiated contract renewal | |
| **8/17/01** | | **Follow-up Letter to SEAS** | **Re Internal Invest, Admin Lv: 08/17 -** | |
| 8/17/01 | | Internal Affairs Report | Re SULK Complaint | Sustained |
| 8/20/01 | | Napoli | Letter of Resignation | |
| 8/20/01 | | Notes for File | Conversation w/Susan Ingham | |

Sue Searle
Discipline History

| Date | | Action | Notes | | |
|---|---|---|---|---|---|
| 8/21/01 | | SEAS called PACW (13:30) | Stated she could meet on 08/29/01 | | |
| 8/21/01 | | SEAS at RICD | 14:45 w/FOOE | | |
| 8/21/01 | | PACW called SEAS | Stated they had to meet by Thursday, 0824/01 | | |
| 8/22/01 | | SIMR Called SEAS, AM | SEAS stated that they would be getting a call from the Union | | |
| 8/22/01 | | PACW call from Union Atty | Stated he had just got call from SEAS, (Weingard) | | |
| 8/22/01 | | Invoice from Ben's | | | |
| 8/23/01 | | Staff Meeting | Gender Bias/Hostile Work Environment Issues | | |
| 8/23/01 | | PACW called Union Atty | Left Message | | |
| 8/27/01 | | Union Rep called PACW | Left Message, (Jim Breslin) | | |
| 8/27/01 | | PACW called Union Rep | Left Message | | |
| 8/28/01 | | PACW called Union Rep | Left Message | | |
| 8/29/01 | | PACW/SIMR/Union Rep at PD | 14:00 hrs scheduled meeting SEAS called 13:30 in Boston | | |