The Commonwealth of Massachusetts
Commission Against Discrimination

DOCKET NUMBER: 01132403  
FILING DATE: 08-29-2001  
EEOC/HUD NUMBER:  
VIOLATION DATE: 07/24/01

Name of Aggrieved Person or Organization:
Susan M. Searle
9 Prospect St.
Merrimac, MA 01860
Telephone Number: (978) 346-7295

Named is the employer, labor organization, employment agency, or state/local government agency who discriminated against me:
Salisbury Police Department
ATTN: Lawrence E. Streeter
24 Railroad Ave.
Salisbury, MA 01952
Telephone Number: (978) 465-3121          No. of Employees: 20 +

Work Location: Salisbury, MA

Cause of Discrimination based on:
Sex.
(Female).

The particulars are:
I, Susan M. Searle, the Complainant believe that I was discriminated against by Salisbury Police Department, on the basis of Sex. This is in violation of M. G. L. Chapter 151B S4 P1.

I began working for the Salisbury Police Department as a dispatcher and a sworn special officer on or around 08/94. I have always performed satisfactory work. During my employment I have been subjected to harrasement based on sex by the male officers in the department. Often I have asked Chief Lawerence Streeter if I could work a detail assignment. I am just as qualified as the male officers who do details. Every time he responds by telling me that my place is in dispatch and that no woman will ever work a detail in his department. I have been there eight years and have never worked a detail. The only FULL TIME woman who work in the department are dispatchers. When I voice my opinion in email, I am told that I am free to have an opinion, but it does not really count. I am constanly subjected to demeaning comments such as being told that I am only a woman and what I say does not matter. On or around 04/01, I heard Sergeant Kevin Sullivan saying that no male officer would be layed-off. The women would be layed off first becuase the men have careers. On 07/24/01, Inspector Richard Simmons and Sergeant William Packer informed me that Officer Eugene Scione and Sergean Sullivan had file two serperate complaints against me. Both complaints were false in thier statement of facts. I believe that I am being unlawfully discriminated against because I am a woman.

8/29/01

I swear or affirm that I have read this complaint and that it is

true, to the best of my knowledge, information and belief.

_____
(Signature of Complainant)

SWORN TO AND SUBSCRIBED BEFORE ME THIS 29th Day of August, 2001

NOTARY PUBLIC: _Jerome E. Mack_

SIGNATURE   NOTARY   PUBLIC _Jerome E. Mack_   MY   COMMISSION
EXPIRES: _2/14/06_

00567