UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>       Plaintiff<br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>       Defendants | DEFENDANTS' REQUEST FOR HEARING ON MOTION FOR <u>SUMMARY JUDGMENT</u> |

Now come the Defendants in the above-captioned matter and respectfully request an opportunity for a hearing on their pending motion for summary judgment.

                                                      DEFENDANTS,

                                                      TOWN OF SALISBURY, SALISBURY POLICE
                                                      DEPARTMENT and LAWRENCE STREETER,

                                                      By their attorneys,

                                                      /s/ Joseph S. Fair
                                                      David C. Jenkins (BBO# 251000)
                                                      Joseph S. Fair (BBO#637818)
                                                      Kopelman and Paige, P.C.
                                                       Town Counsel
                                                      101 Arch Street, 12th Floor
                                                      Boston, MA 02110
Dated: October 11, 2006                               (617) 556-0007

295451/60700/0143