UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff<br>v.<br><br>TOWN OF SALISBURY, SALISBURY POLICE DEPARTMENT, and LAWRENCE STREETER,<br><br>    Defendants | CERTIFICATE OF SERVICE |

This is to certify that on October 11, 2006 the undersigned caused a copy of Defendants' Request For Hearing On Motion For Summary Judgment to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

                              /s/ Joseph S. Fair
                              Joseph S. Fair (BBO#637818)
                              Kopelman and Paige, P.C.
                                Town Counsel
                              101 Arch Street, 12th Floor
                              Boston, MA 02110
                              (617) 556-0007

295565/60700/0143