UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

SUSAN SEARLE                                )
     Plaintiff                              )
                                            )
v.                                          )
                                            )          Civil Action No. 04-CV-10791-RCL
                                            )
TOWN OF SALISBURY, SALISBURY                )
POLICE DEPARTMENT and,                      )
LAWRENCE STREETER                           )
     Defendants.                            )
_____)

## **PLAINTIFF'S OBJECTION**

Plaintiff Susan Searle hereby objects to the Court's Electronic Order dated

February 12, 2007, to the extent that the Court granted Defendants' Motion For

Summary Judgment.

                                  The Plaintiff
                                  Susan Searle
                                  By Her Attorneys,

                                  */s/ Paul J. Klehm*
                                  James B. Krasnoo  (BBO#279300)
                                  *jkrasnoo@krasnooklehm.com*
                                  Paul J. Klehm  (BBO#561605)
                                  *pklehm@krasnooklehm.com*
                                  Krasnoo/Klehm LLP
                                  23 Main Street, Suite Six
                                  Andover, MA  01810
                                  (978) 475-9955

Dated:  February 15, 2007

## <u>CERTIFICATE OF SERVICE</u>

      I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on February 15, 2007.


                        */s/ Paul J. Klehm*
                        Paul J. Klehm