UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>　　Plaintiff )<br> )<br>v. )<br> )<br> )<br>TOWN OF SALISBURY, SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>　　Defendants. )<br> ) | Civil Action No. 04-CV-10791-RCL |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Susan Searle.

I hereby certify that I am admitted to practice in this Court.

　　　　　　　　　　　　　　　　　　*/s/ Benjamin L. Falkner*
　　　　　　　　　　　　　　　　　　Benjamin L. Falkner (BBO#667951)
　　　　　　　　　　　　　　　　　　bfalkner@krasnooklehm.com
　　　　　　　　　　　　　　　　　　Krasnoo | Klehm LLP
　　　　　　　　　　　　　　　　　　23 Main Street, Suite Six
　　　　　　　　　　　　　　　　　　Andover, MA  01810
　　　　　　　　　　　　　　　　　　(978) 475-9955

**CERTIFICATE OF SERVICE**

　　　I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF or upon each party not represented by an attorney via first class mail, postage pre-paid on March 19, 2007.


　　　　　　　　　　　　　　　　　　*/s/ Benjamin L. Falkner*
　　　　　　　　　　　　　　　　　　Benjamin L. Falkner