UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>    Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br>TOWN OF SALISBURY, SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>    Defendants. )<br> ) | Civil Action No. 04-CV-10791-RCL |

**PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURE**

Plaintiff, Susan Searle, by and through undersigned counsel, hereby files her Pretrial Disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

**A(1).  Plaintiff expects the following witnesses to present evidence:**

1.  Susan Searle
    9 Prospect Street
    Merrimack, MA
    (978) 346-7295

2.  Lawrence Streeter
    31 True Road
    Salisbury, MA  01952

3.  Denise Richard
    465 Northend Boulevard
     Salisbury, MA
    (978) 465-3007

4.  Edward Foote
    37 Orchard Street
     Merrimac, MA
    (978) 462-9709

5. Lori Napoli
   60 Kendall Street
   Unit #2
   Lawrence, MA
   (978) 688-1905 or (800) 734-0878

6. Richard Simmons
   C/o Salisbury Police Department
   24 Railroad Avenue
   Salisbury, MA
   (978) 465-3121

7. Timothy McInerney, former Town Manager

**A(2).   Plaintiff may call the following witnesses, if the need arises:**

8. Robert Searle
   9 Prospect Street
   Merrimack, MA
   (978) 346-7295

9. Danielle Beaulieu
   60 Kendall Street
   Lawrence, MA   01841

10. Meghan Searle
    5 Lonvale Lane, Apt. 125
    Amesbury, MA   01913

11. Keeper of Records
    Salisbury Police Department
    Salisbury, MA   01952

12. Jason Kohan
    C/o Newburyport Police Department
    4 Green Street Newburyport, MA 01950
    (978) 462-4411

13. Tony King
    C/o Salisbury Police Department
    24 Railroad Ave. Salisbury, MA
    (978) 465-3121

14. John Delorey
 C/o Salisbury Police Department
 24 Railroad Ave. Salisbury, MA
 (978) 465-3121

15. John Bianchi
 16 Birch Road
 Wenham, MA 01984

16. Denis Champagne, Jr.
 C/o Amesbury Police Department
 19 School Street, Amesbury, MA 01913
 (978) 388-1217

17. James Leavitt
 C/o Salisbury Police Department
 24 Railroad Ave. Salisbury, MA
 (978) 465-3121

18. Kristine Harrison
 C/o Salisbury Police Department
 24 Railroad Ave. Salisbury, MA
 (978) 465-3121

19. Donna Powierza
 Salisbury Police Department
 24 Railroad Ave. Salisbury, MA
 (978) 465-3121

20. Ann Jones
 1 True Road
 Salisbury, MA 01952

21. Mary Dow
 P.O. Box 129
 Searsport, ME 04972
 (207) 342-5360

22. Robin Dow
 P.O. Box 129
 Searsport, ME 04972
 (207) 342-5360

23. Kristen Kozacka
    6 Madison Ave
    Amesbury, MA 01913
    (978) 363-1227

24. Ryan Searle
    9 Prospect Street
    Merrimack, MA

25. Pamela Lutes
    10 Bartlett Street
    Salisbury, MA
    (978) 465-2727

26. Michael Alder
    C/o Salisbury Police Department
    24 Railroad Ave. Salisbury, MA
    (978) 465-3121

27. Judith MacLean
    438 Barefoot Blvd
    Barefoot Bay, FL 32976
    (561) 664-4653

28. Kevin Pike
    C/o Salisbury Police Department
    24 Railroad Ave. Salisbury, MA
    (978) 465-3121

29. James Breslin
    AFSCME

30. Wayne Soini, Esq.
    Sheriff
    40 Thorndike Street
    Cambridge, MA

31. Scott Gleason, Esq.
    163 Merrimack Street
    Haverhill, MA  01830

32. Dorothy Tobin
    Police Officer, Town of Rowley

33. Eugene Scione
    C/o Salisbury Police Department
    24 Railroad Ave. Salisbury, MA
    (978) 465-3121

34. Kevin Sullivan
    C/o Salisbury Police Department
    24 Railroad Ave. Salisbury, MA
    (978) 465-3121

35. Jennifer Skelton Poulin
    Amesbury, MA

36. William Packer
    C/o Salisbury Police Department
    24 Railroad Ave. Salisbury, MA
    (978) 465-3121

37. Robert Roy
    C/o Salisbury Police Department
    24 Railroad Ave. Salisbury, MA
    (978) 465-3121

38. Richard Merrill, Jr.
    C/o Salisbury Police Department
    24 Railroad Ave. Salisbury, MA
    (978) 465-3121

39. Margaret M. Grelle
    4 James Street
    Methuen, MA  01844

40. Joseph T. Grelle
    4 James Street
    Methuen, MA  01844

41. Any and all witnesses listed on any defendant's Pretrial Disclosures.

42. Any and all witnesses who are necessary to lay a proper foundation for the admission of any document or tangible thing listed in these Pretrial Disclosures.

43. Any and all witnesses necessary for rebuttal or impeachment of any witness called by any defendant.

Plaintiff reserves her right to supplement this list of witnesses up to and including the time of trial with reasonable notice to counsel, and reserves the right to call any witnesses.

**B.    Plaintiff does not expect to present the testimony of any individual at trial by means of deposition.  However, Plaintiff reserves the right to present the testimony of any individual at trial by means of deposition with reasonable notice to counsel.**

**C(1).   Plaintiff expects to introduce the following exhibits at trial:**

1. Susan Searle's Personnel File as of December 7, 2001, including, without limitation, police reports, emails, and notes from Streeter (pp. 1-449)
2. January 30, 2002, Memo from Salisbury Town Manager to Susan Searle, (pp.. 450-451)
3. October 9, 2001, Letter from Sandra M. Charton to Jeannine Rice, (pp. 452-464)
4. July 25, 2001, Letter from Susan Searle to Chief Streeter, (pp. 465-467)
5. July 25, 2001, Letter from Susan Searle to Chief Streeter, (redacted) (pp. 468-470)
6. April 3, 2001, Letter from Susan Searle to Jim Breslin, (pp. 471)
7. March 8, 2002, Letter from Susan Searle to Timothy McInerney, (pp. 472)
8. August 29, 2001, Letter from Jeannine Rice to Susan Searle, (pp. 473)
9. August 29, 2001, Letter from Jeannine Rice to Lawrence Streeter, (pp. 474)
10. August 2, 2001, Reprimand from Chief Streeter to Susan Searle, (pp. 475-477)
11. February 2, 2001, Memo from Chief Streeter to Susan Searle, (pp.478)
12. June 20, 2000, Memo from Mark Thomas to Susan Searle (pp. 479)
13. March 29, 2000, Memo from Chief Streeter to Susan Searle, (pp. 480)
14. August 4, 1999, Memo from Chief Streeter to Susan Searle, (pp. 481)
15. November 27, 2001, Letter from Timothy McInerney to Susan Searle, (pp. 489 – 494)
16. Email dated August 4, 1999
17. Response of the Defendant Town of Salisbury to Plaintiff's Requests for Admissions
18. Searle's income tax returns for 2000 through 2005
19. Letter from Searle to Streeter dated January 19, 2001
20. Public Safety Dispatcher/Clerk Duties and Responsibilities Policy

21. U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights
22. "Discipline History" of Susan Searle (2 or more versions)
23. MCAD/EEOC Complaint filed by Susan Searle and right to sue letters
24. Salisbury Police Department Harassment, Sexual Harassment and Discrimination Policy
25. Officer Detail History (11/2/04)
26. Letter from Streeter to Searle dated August 17, 2001
27. Letter from McInerney to Streeter dated September 17, 2001
28. Chart showing contacts with Searle (or attempts to contact Searle) from 8/8/01 to 8/29/01 (Dep. Harrison, Exh.9).
29. Salisbury Police Department Sexual Harassment Policy (Dep. Searle, Exh. 6).
30. Memorandum dated January 30, 2002 from Town Manager to Susan Searle
31. Email dated 2/2/01
32. Sexual harassment policy of Town of Salisbury.
33. Three ring binder with Searle's "discipline history"
34. Policies and Procedures Manual for Salisbury Police Department
35. Documents Relating to Dress Code

**C(2). Plaintiff may introduce the following exhibits at trial, if the need arises:**

36. Dispatcher Susan Searle Interview (Dep. Simmons, Exh. 8).
37. Handwritten list (Dep. Simmons, Exh. 6).
38. Grievances filed by Searle (including, without limitation, Exh 2 and 13 to depo. Searle)
39. Schedule Inquiry for ID: ENGJ from 11/24/2000 to 12/7/2000
40. Schedule Inquiry for ID: ENGJ from 6/12/00 to 6/25/00
41. Schedule Inquiry for ID: ENGJ from 6/12/00 to 6/26/00
42. Letter dated January 19, 2001 from Searle to Roy
43. Calendar (bate stamped 000700)
44. Letter dated February 8, 2002 from Breslin to Streeter
45. Letter dated February 27, 2002 from Breslin to McInerney
46. Letter dated January 14, 2002 from Searle to McInerney (2)
47. Letter dated September 20, 2001
48. Contract between the Town of Salisbury and Salisbury Police effective July 1, 1999 through June 30, 2002
49. Town of Salisbury Employee's Handbook (Adopted May 15, 1995)
50. Letter dated March 18, 2002 from Streeter to Searle
51. Memorandum from McInerney to Searle dated March 1, 2002
52. Document regarding Uniform Allowances for FY2002 (Doc. No. 572)
53. Public Safety Dispatcher/Clerk
54. Letter dated March 21, 2002 from Soini to Kelley
55. Undated letter from Soini to Kelley (Doc. No. 658)

56. Paystubs (including, without limitation, Doc. Nos. 663 through 682)
57. Letter dated October 9, 2001 from Sandra Charton to Jeannine Rice
58. Letter dated August 20, 2001 from Napoli to Streeter (Exh. 2 to Depo. Searle).
59. Letter dated April 2, 2000 from Searle to Alder
60. Letter from Searle to Streeter dated November 4, 2000
61. Salisbury Police Department Attendance records
62. Emails from Streeter to Searle dated 8/7/01, 12/12/01, 6/12/02, 10/19/01, 9/25/01, 9/10/01, 5/24/02, 7/19/02, 8/14/02 (2), 11/14/02, 10/18/02, 9/27/02, 7/2/02 (2), 3/30/00, 3/29/00
63. Email from Simmons dated 3/9/00
64. Schedule Inquiry for ID: SEAS from 6/22/00 to 7/06/00 and from 6/9/00 to 6/23/00
65. Searle and/or Richard grievances (Doc. Nos. 697-98)
66. Documents (including, without limitation, pleadings) relating to Searle's wage claim against the Town of Salisbury
67. Documents filed and/or rulings issued in the related MCAD action
68. Documents produced by Town of Salisbury via letter dated April 14, 2006 from Attorney Fair to Attorney Klehm relating to duties of various employees of Town of Salisbury Police Department
69. Any exhibit marked at any deposition.

70. Affidavit of Streeter

71. Department Of Employment And Training Documents, if admissible

72. Any and all pleadings and attachments thereto.

73. Any and all deposition transcripts to the extent admissible under the Rules of Evidence.

74. Any and all documents or other exhibits listed on any defendant's Pretrial Disclosures.

75. Any and all documents necessary to rebut exhibits, testimony, and/or other evidence offered by any defendant.

76. Any and all documents produced in responses to discovery requests and/or automatic disclosures by any party.

77. Any and all answers to interrogatories.

78. Any and all documents necessary to impeach or cross-examine any witness.

79. Documents from Keeper of Records, Salisbury Police Department

Plaintiff reserves the right to supplement this list of documents or other exhibits up to and including the time of trial with reasonable notice to counsel.

                                      The Plaintiff
                                      Susan Searle
                                      By Her Attorneys,

                                      */s/ Benjamin L. Falkner*
                                      James B. Krasnoo  (BBO#279300)
                                      *jkrasnoo@krasnooklehm.com*
                                      Paul J. Klehm  (BBO#561605)
                                      *pklehm@krasnooklehm.com*
                                      Benjamin L. Falkner  (BBO#667951)
                                      *bfalkner@krasnooklehm.com*
                                      Krasnoo/Klehm LLP
                                      23 Main Street, Suite Six
                                      Andover, MA  01810
                                      (978) 475-9955

Dated:  March 20, 2007

**CERTIFICATE OF SERVICE**

I, Benjamin L. Falkner, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on March 20, 2007.

                                      */s/ Benjamin L. Falkner*
                                      Benjamin L. Falkner