UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF SALISBURY and LAWRENCE STREETER,<br><br>      Defendants. | DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3) |

Now come the defendants and pursuant to Fed.R.Civ.P. 26(a)(3) hereby disclose the following information regarding the evidence that it expects to present at trial, other than solely for impeachment.

    A.    Witnesses

    i.    Witnesses the defendants expect to present

        1.    Chief Lawrence Streeter
                 Newton Police Department
                 2 Amesbury Road
                 Newton, NH 03858

        2.    Richard Simmons
                 Salisbury Police Department
                 24 Railroad Avenue
                 Salisbury, MA 01952

        3.    Timothy McInerney
                 Former Town Manager

        4.    Kristine Harrison
                 Salisbury Police Department
                 24 Railroad Avenue
                 Salisbury, MA 01952

5. Sergeant Robert Roy
   Salisbury Police Department
   24 Railroad Avenue
   Salisbury, MA 01952

6. Sergeant William Packer
   Salisbury Police Department
   24 Railroad Avenue
   Salisbury, MA 01952

7. Joseph Roache
   Essex County Sheriff's Department
   20 Manning Avenue
   Middleton, MA 01949

8. Ann Champaign
   Salisbury Police Department
   24 Railroad Avenue
   Salisbury, MA 01952

Defendants reserve their right to supplement this list with reasonable notice to counsel.

ii. <u>Witnesses the defendants may call if the need arises</u>

1. Any witnesses called by the plaintiff during her case-in-chief, including the plaintiff.

2. The defendants may also call witnesses, other than those listed above, to rebut testimony offered by plaintiff.

3. Any witnesses identified in any of Plaintiff's pretrial disclosures.

Defendants reserve their right to supplement this list with reasonable notice to counsel.

B. <u>Witnesses Whose Testimony is Expected to be Presented by Means of a Deposition</u>

The defendants do not intend to present testimony by means of a deposition at this time. The defendants reserve the right to introduce deposition testimony to the extent permissible under Fed.R.Civ.P. 32 and to introduce Answers to Interrogatories to the extent permissible under Fed.R.Civ.P. 33.

C. <u>Documents and Exhibits</u>

i. <u>Documents and Exhibits the defendants expect to present</u>

1) 1998-2001 collective bargaining agreement between Town of Salisbury and AFSCME, Council 93.
2) 2001-2003 collective bargaining agreement between Town of Salisbury and AFSCME, Council 93.
3) 2003-2004 collective bargaining agreement between Town of Salisbury and AFSCME, Council 93.
4) 2004-2007 collective bargaining agreement between Town of Salisbury and AFSCME, Council 93.
5) 1999-2002 collective bargaining agreement between Town of Salisbury and Salisbury Patrol Officers
6) Salisbury Police Department's Rules and Regulations manual
7) Salisbury Police Department's Policies and Procedures manual
8) Personnel file of Susan Searle
9) Three ring binder regarding Susan Searle
10) Salisbury Police Department's sexual harassment policy
11) July 25, 2001 letter from Susan Searle to Chief Streeter
12) September 15, 2000 memorandum from Chief Streeter to Susan Searle
13) December 22, 2000 memorandum from Chief Streeter to Susan Searle
14) August 2, 2001 memorandum from Chief Streeter to Susan Searle
15) August 8, 2001 memorandum from Chief Streeter to Susan Searle
16) September 17, 2001 memorandum from Chief Streeter to T. McInerney
17) November 27, 2001 notice of hearing to Susan Searle
18) January 30, 2002 notice of termination to Susan Searle
19) "Dispatcher" job description
20) "Patrol Officer" job description
21) "Public Safety Dispatcher/Clerk" job description
22) Photographs of Susan Searle

Defendants reserve their right to supplement this list with reasonable notice to counsel.

ii. <u>Documents and Exhibits the defendants may present if the need arises</u>

1. The defendants may introduce exhibits, other than those listed above, to rebut/impeach testimony offered by plaintiff.
2. Any deposition exhibit.
3. Any documents previously produced by any party prior to the time of this filing.
4. Any affidavit of plaintiff and any documents referenced therein.

Defendants reserve their right to supplement this list with reasonable notice to counsel.

DEFENDANTS,

TOWN OF SALISBURY and
LAWRENCE STREETER,

By their attorneys,

/s/Joseph S. Fair
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO# 637818)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
Boston, MA 02110
(617) 556-0007

Dated:  March 20, 2007

Certificate of Service

    This is to certify that on the date subscribed below I caused a copy of Defendants' Pretrial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(3) to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

Dated:  March 20, 2007                                   /s/ Joseph S. Fair

310094/METG/0143

4