UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>  Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br>TOWN OF SALISBURY and )<br>LAWRENCE STREETER )<br>  Defendants. )<br> ) | Civil Action No. 04-CV-10791-RCL |

**JOINT MOTION TO CONTINUE FINAL PRE-TRIAL CONFERENCE FOR
APPROXIMATELY THIRTY DAYS**

Plaintiff Susan Searle and Defendants Town of Salisbury and Lawrence Streeter, by and through their respective counsel, hereby move this Court to continue the Final Pre-Trial Conference from April 19, 2007 at 3:00 p.m. to a date convenient to the Court on or after May 18, 2007 because of the press of other business, and, more specifically, for the reasons set forth below:

1.  The within matter is scheduled for a Final Pre-Trial Conference on April 19, 2007 at 3:00 p.m.  There is no trial date.

2.  On March 20, 2007, in preparation for the conference, the parties filed their respective disclosures pursuant to Fed.R.Civ.P. 26(a)(3).

3.  Throughout much of March, 2007, Attorney Paul Klehm, counsel to Plaintiff, was preparing for a two to three week trial in the matter of *McAlister et al v. Montalto et al*, Essex Superior Court Civil Action No. 2000-0983B, which was scheduled to begin on April 2, 2007. On April 3, 2007, the case was resolved.

4. As a result of the preparations for the trial, Attorney Klehm has been limited in his ability to work on other matters.

5. Attorney Joseph Fair, counsel to Defendants, has been in the process of preparing for a two to three week trial in the matter of *Costa v. Town of Dighton, et al.*, 2002BRCV-00445, which was scheduled to begin on April 17, 2007. On April 5, 2007, that trial was continued to a new date.

6. As a result of the preparations for the trial, Attorney Fair has been limited in his ability to work on other matters.

7. As a result of the foregoing, the parties have not had sufficient time to prepare their respective objections to the Rule 26(a)(3) disclosures or to confer regarding, and prepare, the pre-trial memorandum for the Court.

8. Additionally, Attorney Klehm, is scheduled to be present at Middlesex Superior Court in Lowell, MA, for a hearing on motions in the matter of *Koch v. Dowling*, MICV2006-04505, at 2:00 p.m. on April 19, 2007 (although Plaintiff's counsel recognizes that the federal court hearing takes precedence over the state court hearing).

9. The parties therefore respectfully request that this Court continue the Final Pre-Trial Conference in the within matter from April 19, 2007 to a date convenient to the Court on or after May 18, 2007. The additional time will afford counsel the opportunity to prepare the necessary documents in preparation for the Final Pre-Trial Conference and will assist them in their efforts to narrow any areas of dispute prior thereto.

10. Plaintiff's counsel notes, for scheduling purposes, that he is scheduled to attend a seminar in New Hampshire on May 24, 2007 as a part of his annual continuing legal education

requirements and that he begins a jury trial in the matter of *Kocani v. Town of Beverly et al*, 05CV12325-RDC, on June 4, 2007, and a jury trial in the matter of *Godette v. Town of North Andover et al*, 05CV11354-JLT, on June 11, 2007.

**WHEREFORE**, for the above reasons, the parties respectfully request that this Court GRANT the within motion and continue the Final Pre-Trial Conference in the within matter from April 19, 2007 to a date convenient to the Court on or after May 18, 2007.

| | |
|---|---|
| The Plaintiff<br>Susan Searle<br>By Her Attorneys, | The Defendants<br>Town of Salisbury<br>and Lawrence Streeter<br>By Their Attorneys, |
| /s/ Paul J. Klehm<br>James B. Krasnoo  (BBO#279300)<br>Paul J. Klehm  (BBO#561605)<br>Krasnoo/Klehm LLP<br>23 Main Street, Terrace Level<br>Andover, MA  01810<br>(978) 475-9955 | /s/ Joseph Fair (by PJK, with permission)<br>David Jenkins (BBO # 251000)<br>Joseph Fair (BBO # 637818)<br>Kopelman and Paige, P.C.<br>31 St. James Street<br>Boston, MA  02116<br>(617) 556-0007 |
| Dated:  April 6, 2007 | Dated:  April 6, 2007 |

**CERTIFICATE OF SERVICE**

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on April 6, 2007.

/s/ Paul J. Klehm
Paul J. Klehm

3