UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>　　Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br>TOWN OF SALISBURY and )<br>LAWRENCE STREETER )<br>　　Defendants. )<br> ) | Civil Action No. 04-CV-10791-RCL |

**MOTION FOR SEQUESTRATION OF NON-PARTY WITNESSES**

Plaintiff Susan Searle hereby moves this Honorable Court order that during the trial of the above cause, all non-party witnesses may be sequestered.

　　　　　　　　　　　　　　　　Plaintiff
　　　　　　　　　　　　　　　　Susan Searle
　　　　　　　　　　　　　　　　By her Attorney,


　　　　　　　　　　　　　　　　*/s/ Paul J. Klehm*
　　　　　　　　　　　　　　　　Paul J. Klehm BBO#561605
　　　　　　　　　　　　　　　　pklehm@krasnooklehm.com
　　　　　　　　　　　　　　　　James B. Krasnoo BBO#279300
　　　　　　　　　　　　　　　　jkrasnoo@krasnooklehm.com
　　　　　　　　　　　　　　　　Benjamin L. Falkner BBO#667951
　　　　　　　　　　　　　　　　bfalkner@krasnooklehm.com
　　　　　　　　　　　　　　　　Krasnoo/Klehm LLP
　　　　　　　　　　　　　　　　23 Main Street, Suite One
　　　　　　　　　　　　　　　　Andover, MA  01810
　　　　　　　　　　　　　　　　(978) 475-9955

Dated:  April 12, 2007

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by the ECF system on April 12, 2007.

                                           /s/ *Paul J. Klehm*  
                                           Paul J. Klehm