UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>    Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br>TOWN OF SALISBURY and )<br>LAWRENCE STREETER )<br>    Defendants. )<br> ) | Civil Action No. 04-CV-10791-RCL |

**PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE PHOTOGRAPHS OF SUSAN SEARLE**

Plaintiff Susan Searle moves this Court *in limine* to exclude any and all photographs (including, without limitation, any such photographs which appear in any personnel file of Ms. Searle) depicting the upper body and face of Susan Searle clothed, but with bare shoulders, and wearing a police hat, pursuant to Fed.R.Evid. 401, 402 and 403, where such photographs, which were taken outside of the workplace for humor purposes for her husband (See Deposition of Susan Searle, at pp. 328-330, **Exhibit A**) are entirely irrelevant to the issues raised in the case at bar and where the admission of such evidence at trial would be unduly prejudicial to Searle.  Upon information and belief, the approximately five photographs at issue are the only photographs of Ms. Searle produced in discovery in this case.

At some point during Ms. Searle's tenure with the Salisbury Police Department, the officers and dispatchers had their photographs taken for baseball cards as a part of the D.A.R.E. Program.  (Dep. Searle, pp. 328-29). Ms. Searle had a second set of

photographs taken for her husband in which she wore a police hat and bared her shoulders.  She was otherwise clothed.  Plaintiff's counsel will present a copy of said photographs to the Court at the time of hearing for review.

The photographs are entirely irrelevant to the determination of whether the Defendants engaged in gender discrimination or retaliation.  Thus, Plaintiff respectfully requests that this Court exclude such evidence at trial pursuant to Fed.R.Evid. 401 and 402.  Moreover, even if the Court were to find that the photographs are somehow relevant (which they are not), the probative value, if any, of such photographs is substantially outweighed by the danger of unfair prejudice.  The photographs may cause jurors, unfairly, to look unfavorably upon Ms. Searle and her claims.

**WHEREFORE**, for the above reasons, Plaintiff Susan Searle respectfully requests that this Court GRANT the within motion and exclude any photographs of Susan Searle, including, without limitation, the photographs described herein, at trial.

Plaintiff
Susan Searle
By her Attorney,

*/s/ Paul J. Klehm*
Paul J. Klehm BBO#561605
pklehm@krasnooklehm.com
James B. Krasnoo BBO#279300
jkrasnoo@krasnooklehm.com
Benjamin L. Falkner BBO#667951
bfalkner@krasnooklehm.com
Krasnoo/Klehm LLP
23 Main Street, Suite One
Andover, MA  01810
(978) 475-9955

Dated:  April 12, 2007

2

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by the ECF system on April 12, 2007.

                                  /s/ Paul J. Klehm
                                  Paul J. Klehm