UNITED STATES DISTRICT COURT

ESSEX, SS                    DISTRICT OF MASSACHUSETTS
                             CA No.   2004CV1079IRCL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
SUSAN SEARLE,                        )
        Plaintiff,                   )
                                     )
    vs.                              )
TOWN OF SALISBURY, SALISBURY         )
POLICE DEPARTMENT, and               )
LAWRENCE STREETER                    )
                                     )
        Defendants.                  )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

         The deposition of SUSAN SEARLE,
a witness called on behalf of the Defendants,
provisions of Rule 30 of the Massachusetts Rules of
Civil Procedure, before Carmen Branson, Court
Reporter and Notary Public in and for the
Commonwealth of Massachusetts, at the Law offices of
Kopelman and Paige, P.C., 31 St. James Avenue,
Boston, Massachusetts 02116, on Thursday, June 16,
2005, commencing at  10:25 a.m.

APPEARANCES:

PAUL J. KLEHM, ESQ.
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(For the Plaintiff)

COPY

JOSEPH S. FAIR, ESQ.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(For the Defendants)

*Leavitt Reporting, Inc.*

1207 Commercial Street, Rear
Weymouth, MA 02189

Tel. 781-335-6791
Fax: 781-335-7911
leavittreporting@att.net

Hearings ◆ Conferences ◆ Legal Proceedings

1    A.   I wasn't feeling sick.   I wasn't having

2   heart palpitations.   I wasn't having shortness of

3   breath.   No.   Because I guess I was not experiencing

4   anxiety.   They told me I was depressed although I

5   didn't think that I was depressed.

6    Q.   And as of the January 18, 2002, date had

7   that corrected itself?

8    A.   I don't think that anything is any different

9   from that day, no.   Although I don't take the

10   medication that they prescribed for me anymore.

11    Q.   Can you just mark these.

12         (Photographs marked Exhibit No. 33 for

13   identification.)

14    Q.   I have handed you, Ms. Searle, a series of

15   photographs or copies of photographs I should say

16   which has been marked as Exhibit 33.   Do you

17   recognize the individual in those photographs?

18    A.   I most certainly do.

19    Q.   That is you, isn't it?

20    A.   A very young me.

21    Q.   And these were taken while you were still

22   employed with the Salisbury Police Department?

23    A.   Yes, they were.

1    Q.   And what were the circumstances under which
2    these were taken?
3    A.   All the personnel for the police department
4    were having their photos taken for the D.A.R.E.
5    cards which were trading cards.
6    Q.   Baseball like cards?
7    A.   Yes.
8    Q.   D.A.R.E. is drug aware resistance education?
9    A.   Yes.
10   Q.   And that is sort of a police department
11   sponsored program?
12   A.   Yes.
13   Q.   And so the officers and dispatchers were
14   having their photographs taken for these D.A.R.E.
15   cards?
16   A.   Yes.
17   Q.   And are you part of the group that went with
18   them when the D.A.R.E. cards taken?
19   A.   Yes, I was.
20   Q.   And were these the photographs taken of you
21   for that purpose?
22   A.   No.
23   Q.   What purpose were these photographs taken?

1      A.    They were taken for as a kind of a silly

2    gesture as photos for my husband.

3      Q.    Did you have D.A.R.E. photos taken that day?

4      A.    Yes.

5      Q.    And were these taken the same day as the

6    D.A.R.E. photos.

7      A.    Yes, they were.

8      Q.    Were there essentially two sets of

9    photographs taken for you that day?

10     A.    Yes.

11     Q.    You didn't have to be sent back out to have

12   additional photos taken?

13     A.    No.

14     Q.    And were both sets of photographs, the

15   D.A.R.E. photos and Exhibit 33 photos taken in the

16   same sitting for you?

17     A.    It would have been minutes apart sittings.

18     Q.    Correct.

19     A.    Yes.

20     Q.    In your Exhibit 31, Page 5, your Answers to

21   Interrogatories, you made mention -- you state "I

22   felt humiliated and embarrassed by the public

23   disclosure of personal information from my personnel