UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN SEARLE )<br>    Plaintiff )<br>)<br>v. )<br>)<br>)<br>)<br>TOWN OF SALISBURY, SALISBURY )<br>POLICE DEPARTMENT and, )<br>LAWRENCE STREETER )<br>    Defendants. )<br>) | Civil Action No. 04-CV-10791-RCL |

**PLAINTIFF SUSAN SEARLE'S MOTION *IN LIMINE* TO PRECLUDE THE INTRODUCTION OF EVIDENCE CONTRADICTING DEFENDANTS' ADMISSIONS TO COMPLAINT AND REQUESTS FOR ADMISSIONS**

Plaintiff Susan Searle hereby moves this Honorable Court *in limine* to preclude Defendants from entering any evidence or testimony or attempting to enter any evidence or testimony that may contradict various judicially established admissions on the part of the Defendants for the following reasons:

1. Searle filed her Complaint on or about April 20, 2004.

2. Searle, in accordance with the applicable rules, served a First Set of Requests for Admissions to Defendant Town of Salisbury, to which the Town of Salisbury responded. In their Joint Pre-Trial Memorandum, the parties have agreed to various facts. As to other facts, Defendants have refused to agree.

3. Searle assumes that the following admitted paragraphs to the Requests for Admissions and the admitted paragraphs to the Complaint have been admitted:

> Plaintiff worked overtime shifts and received wage increases. (Complaint, ¶11).
>
> During Searle's tenure, there were no female patrolmen in the Town of Salisbury Police Department. (Complaint, ¶21). From 1994 to 2001,

there were no female patrolmen in the Town of Salisbury Police Department.  (Salisbury Admissions, No. 29).

Searle raised objections about the apparent shift aware from quality police work to selfish concern about the amount each officer could earn in overtime and regular pay each year and a growing lack of respect shown by male officers to the female dispatchers on a daily basis to Chief Streeter, both orally and in writing, but he continually rebuked her.  In response to one such effort on the part of Searle, Chief Streeter wrote, "Thanks Susan, but your opinion really isn't valued here.  Thanks for trying however."  (Complaint, ¶29).

On July 26, 2001, Searle forwarded a letter to Chief Streeter.  (Complaint, ¶40).

On August 1, 2001, Chief Streeter placed Searle on administrative leave.  (Salisbury Admissions, No. 47;  Complaint, ¶49).

On September 20, 2001, Searle forwarded a letter to Chief Streeter.  (Complaint, ¶52).

5.   Judicial admissions, such as those set forth above, conclusively resolve an issue. *See Handbook of Massachusetts Evidence*, Eighth Edition §2.2 (2007). Out of an abundance of caution, Plaintiff Susan Searle respectfully requests that this Court prevent Defendants from entering any evidence at trial that contradicts the above-referenced admissions to the Requests for Admissions and answers to the Complaint.  Such a result will relieve Plaintiff of the burden of proving facts already admitted.

**WHEREFORE**, Plaintiff Susan Searle hereby requests that this Honorable Court GRANT the within motion and issue its order prohibiting Defendants from entering any evidence or testimony or attempting to enter any evidence or testimony that may contradict the judicially established admissions previously set forth in Plaintiff Susan

Searle's Complaint and First Set of Requests for Admissions to the Defendant Town of Salisbury set forth above.

                            Plaintiff
                            Susan Searle
                            By her Attorneys

                            */s/ Paul J. Klehm*
                            Paul J. Klehm (BBO #561605)
                            pklehm@krasnooklehm.com
                            James B. Krasnoo (BBO #279300)
                            jkrasnoo@krasnooklehm.com
                            Benjamin L. Falkner (BBO #667951)
                            bfalkner@krasnooklehm.com
                            Krasnoo | Klehm LLP
                            23 Main Street
                            Andover, MA  01810
                            (978) 475-9955

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by the ECF system on April 12, 2007.

                            */s/ Paul J. Klehm*
                            Paul J. Klehm