UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN SEARLE | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 04-CV-10791-RCL |
| | ) | |
| TOWN OF SALISBURY and | ) | |
| LAWRENCE STREETER | ) | |
| Defendants. | ) | |
| | ) | |

### LIST OF UNUSUAL SPELLLINGS FOR COURT REPORTER

Plaintiff Susan Searle, by and through her counsel, hereby submits her List of Unusual

Spellings for the Court Reporter as follows:

**A.    Names of trial counsel**

Plaintiff's counsel

        Paul J. Klehm, Esq.

        James B. Krasnoo, Esq.

        Benjamin L. Falkner, Esq.

Defendants' counsel

        Joseph S. Fair, Esq.

        David C. Jenkins, Esq.

**B.** **Witnesses**

1.    Susan Searle

2.    Lawrence Streeter

3.    Denise Richard

4.    Edward Foote

5.    Lori Napoli

6.    Richard Simmons

7.    Timothy McInerney, former Town Manager

8.    Robert Searle

9.    Danielle Beaulieu

10.    Meghan Searle

11.    Jason Kohan

12.    John Delorey

13.    John Bianchi

14.    Denis Champagne, Jr.

15.    James Leavitt

16.    Kristine Harrison

17.    Donna Powierza

18.    Kristen Kozacka

19.    Ryan Searle

20.    Pamela Lutes

21.     Michael Alder

22.     Judith MacLean

23.     Wayne Soini, Esq.

24.     Eugene Scione

25.     Jennifer Skelton Poulin

26.     William Packer

27.     Richard Merrill, Jr.

28.     Margaret M. Grelle

29.     Joseph T. Grelle

                                        The Plaintiff
                                        Susan Searle
                                        By Her Attorneys,

                                        */s/ Paul J. Klehm*_____
                                        James B. Krasnoo  (BBO#279300)
                                        Paul J. Klehm  (BBO#561605)
                                        Benjamin L. Falkner (BBO#667951)
                                        Krasnoo/Klehm LLP
                                        23 Main Street, Suite Six
                                        Andover, MA  01810
                                        (978) 475-9955

Dated:  April 12, 2007

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on April 12, 2007.

*/s/ Paul J. Klehm*
Paul J. Klehm