UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

     Plaintiff,

v.

TOWN OF SALISBURY and LAWRENCE
STREETER,

     Defendants.

DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S RULE 26(a)(3)
DISCLOSURES

Now come Defendants and hereby submit the following objections to Plaintiff's

Rule 26(a)(3) Pretrial Disclosure.

I. Objections to witnesses

In her Pretrial Disclosure, Plaintiff identified a number of witnesses whom she

may call if the need arises. Defendants would object to the testimony of any of the

witnesses at trial that are identified below as they were not previously disclosed during

discovery in this matter. At this time, it is unclear as to what information, if any, they

possess which would be relevant to any of Plaintiff's claims in this matter.

    1.    Meghan Searle

    2.    Robin Dow

    3.    Ryan Searle

    4.    James Breslin

    5.    Wayne Soini, Esq.

    6.    Scott Gleason, Esq.

7.    Dorothy Tobin

8.    Jennifer Skelton Poulin

9.    Margaret M. Grelle

10.    Joseph T. Grelle

In addition, to the extent Plaintiff disclosed that she may call "[a]ny and all

witnesses who are necessary to lay a proper foundation for the admission of any

document or tangible thing listed in the her Pretrial Disclosures" and further, "[a]ny and

all witnesses necessary for rebuttal or impeachment of any witness called by any

defendant", Defendants reserve their right to object until such time as the specific witness

is identified.

 II.  Objections to Exhibits

    A.    Exhibits Plaintiff Expects To Introduce At Trial

Defendants object to the introduction of document numbers 3 – 9, 12, 19, 23 and

28 on the ground that they constitute inadmissible hearsay under Federal Rules of

Evidence 801 and 802.

Defendants object to the introduction of document numbers 3 – 9, 12, 14, 16, 19,

21, 23 – 24, 28 – 29, 32 and 35 on the ground that they are not relevant to any of

Plaintiff's remaining claims in this matter and/or their probative value is substantially

outweighed the danger of unfair prejudice and confusion of the issues.  Federal Rules of

Evidence 401 – 403.

Defendants object to the introduction of document number 33 to the extent it may

contain any attorney/client privileged materials.

B.      Exhibits Plaintiff May Introduce At Trial

Defendants object to the introduction of document numbers 36 – 38, 42, 43 – 47,

54-55, 57 – 58, 59, 60, 65, 66 – 67, 71 – 72 and 77 on the ground that they constitute

inadmissible hearsay under Federal Rules of Evidence 801 and 802.

Defendants object to the introduction of document numbers 36 – 47, 50 – 52, 54 –

67 and 71 – 72 on the ground that they are not relevant to any of Plaintiff's remaining

claims in this matter and/or their probative value is substantially outweighed the danger

of unfair prejudice and confusion of the issues.  Federal Rules of Evidence 401 – 403.

Defendants object to the introduction of document numbers 45 – 47, 63, 66, 75

and 78 to the extent that they were not produced during discovery.

Defendants object to the introduction of document numbers 66 – 67, 69, 71 – 72,

74 – 76 and 78 -79 on the ground that Plaintiff has identified categories of documents as

opposed to specific documents and as such, Defendants are unable to ascertain what

objections may apply.  To the extent that any of the categories include documents

previously objected to above, Defendants would rely on those objections here as well.

Defendants reserve their right to object to any additional documents which

Plaintiff may seek to offer at trial that have not been previously designated.

DEFENDANTS,

TOWN OF SALISBURY and
LAWRENCE STREETER,

By their attorneys,


/s/Joseph S. Fair ____
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO# 637818)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
Boston, MA 02110
Dated:  April 12, 2007          (617) 556-0007


312282v.2/60700/0143