UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

| | |
|---|---|
| SUSAN SEARLE,<br><br>    Plaintiff<br>v.<br><br>TOWN OF SALISBURY and LAWRENCE STREETER,<br><br>    Defendants | DEFENDANTS' PROPOSED JURY VOIR DIRE |

Now come Defendants in the above-captioned matter and hereby respectfully propose the following voir dire questions for submission to the jury:

1. Does any member of the jury panel know any of the parties or witnesses in this case?

2. Is there any member of the jury panel who has sued any municipality or municipal agency, official or board, including, but not limited to, a police department?

3. Does any member of the jury panel have an immediate relative or close friend who has sued a municipality or municipal agency, official or board, including, but not limited to, a police department?

4. Has any member of the jury panel ever been a witness in a lawsuit against a municipality or municipal agency, official or board, including, but not limited to, a police department?

5. Is there any member of the jury panel who is or has been employed by a municipality, or a municipal agency, official, or board, or whose relative or friend is or has been employed by a municipality, or a municipal agency, official or board, including, but not limited to, a police department?

6. Is there any member of the jury panel who feels that he or she, family members, or friends have been unfairly treated in any manner by any municipality, or municipal agency, official, or board, including, but not limited to, a police department?

7. Is there any member of the jury panel who feels that he or she, or a relative or friend, has been discriminated against in the workplace?

8. Is there any member of the jury panel who feels that he or she, or a relative or friend, has had his or her employment unlawfully terminated?

10. Has any member of the jury panel been a party to a gender discrimination lawsuit?

11. Does any member of the jury panel have a close friend or relative who has been a party to a gender discrimination lawsuit?

12. Has any member of the jury panel been a party to a retaliation lawsuit?

13. Does any member of the jury panel have a close friend or relative who has been a party to a retaliation lawsuit?

14. Has any member of the jury panel been a party to a lawsuit alleging infliction of emotional distress?

15. Does any member of the jury panel have a close friend or relative who has been a party to

a lawsuit alleging infliction of emotional distress?

DEFENDANTS,

TOWN OF SALISBURY and LAWRENCE STREETER,

By their attorneys,

/s/ David C. Jenkins
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007

Dated: April 12, 2007

312032/60700/0143

Certificate of Service

This is to certify that on the date subscribed below I caused a copy of Defendants' Proposed Jury Voir Dire to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

Dated: April 12, 2007                    /s/ Joseph S. Fair