UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

    Plaintiff,

v.

TOWN OF SALISBURY and LAWRENCE
STREETER,

    Defendants.

DEFENDANTS' PROPOSED SPECIAL
VERDICT QUESTIONS FOR THE JURY

1.      Has the Plaintiff proved by a preponderance of the evidence that the Defendant, Town

of Salisbury, engaged in gender based discrimination against her?

Yes_____              No_____

2.      Has the Plaintiff proved by a preponderance of the evidence that the Defendant, Town

of Salisbury, engaged in unlawful retaliation?

Yes_____              No_____

NOTE:      If you answered "NO" to Questions 1 and 2, stop.  The foreperson should sign the

verdict slip, your deliberations with respect to the Town are over.  If you answered "YES" to

either or both of Questions 1 and 2, please proceed to Question 5.

3.      Has the Plaintiff proved by a preponderance of the evidence that the Defendant,

Lawrence Streeter, engaged in gender based discrimination against her?


Yes_____                              No_____


4.      Has the Plaintiff proved by a preponderance of the evidence that the Defendant,

Lawrence Streeter, engaged in unlawful retaliation?


Yes_____                              No_____

NOTE:      If you answered "NO" to Questions 3 and 4, stop.  The foreperson should sign the

verdict slip, your deliberations with respect to Lawrence Streeter are over.  If you answered

"YES" to either or both of Questions 3 and 4, please proceed to Question 5.

5.      What is the amount of money, if any, that reasonably and fairly compensates the

Plaintiff?

_____

in words

_____

in figures


_____

Foreperson


_____

Date:

312345/METG/0143