**EXHIBIT 1**

1

UNITED STATES DISTRICT COURT

ESSEX, SS　　　　　　　DISTRICT OF MASSACHUSETTS
　　　　　　　　　　　CA No. 2004CV1079IRCL

```
* * * * * * * * * * * * * * *
SUSAN SEARLE,                )
        Plaintiff,           )
                             )
    vs.                      )
TOWN OF SALISBURY, SALISBURY )
POLICE DEPARTMENT, and       )
LAWRENCE STREETER            )
                             )
        Defendants.          )
* * * * * * * * * * * * * * *
```

　　　　The deposition of SUSAN SEARLE, a witness called on behalf of the Defendants, provisions of Rule 30 of the Massachusetts Rules of Civil Procedure, before Carmen Branson, Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law offices of Kopelman and Paige, P.C., 31 St. James Avenue, Boston, Massachusetts 02116, on Thursday, June 16, 2005, commencing at 10:25 a.m.

APPEARANCES:

PAUL J. KLEHM, ESQ.
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(For the Plaintiff)

JOSEPH S. FAIR, ESQ.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(For the Defendants)

204

1     Q.  Did Chief Streeter ever call you a slut?
2     A.  No.
3     Q.  What about Inspector Simmons.  Did he ever
4  call you a slut?
5     A.  Yes.
6     Q.  And when did that occur?
7     A.  Often.  Inspector Simmons called me that,
8  but they always referred to women as that, by the
9  word slut.
10    Q.  Who was they?
11    A.  Inspector Simmons and Chief Streeter.
12    Q.  Anyone else in the department?
13    A.  No.
14    Q.  Referring to what women?
15    A.  Any women, all women.
16    Q.  And Inspector Simmons, do you recall when he
17  referred to you as a slut?
18    A.  I don't.  It did happen a couple of times.
19    Q.  Do you recall who was present?
20    A.  It was either just myself.  I don't know if
21  Denise was present.
22    Q.  To the best of your recollection, when
23  Inspector Simmons called you a slut, it was just you

LEAVITT REPORTING, INC.

205

1   and Inspector Simmons?
2       A.  I would think that he would call me that for
3   someone else's benefit.  I am thinking someone else
4   was there.
5       Q.  Do you recall who?
6       A.  No.
7       Q.  Do you recall if the Chief was ever present?
8       A.  If Simmons said the word to me?
9       Q.  If Simmons called you a slut in Chief
10  Streeter's presence?
11      A.  No.
12      Q.  Is that you don't recall or?
13      A.  No.  He never said it in front of Chief
14  Streeter.
15      Q.  And Chief Streeter called you a slut?
16      A.  Never referred to me as that.
17      Q.  He would use it in your presence referring
18  to other women, is that what you are saying?
19      A.  Correct.
20      Q.  Did you ever complain to anyone with the
21  town concerning the Chief's reference to women as
22  sluts?
23      A.  No.

LEAVITT REPORTING, INC.

1    Q.   What about complaining with anyone with the
2    town about Inspector Simmons calling you a slut?
3    A.   No.
4    Q.   Or referring to other women as sluts?
5    A.   No.
6    Q.   Do you know if Denise Richard ever did?
7    Complain that is?
8    A.   I am not aware.
9    Q.   To your knowledge, she didn't?
10   A.   To my knowledge she didn't.
11   Q.   You didn't file any grievances over this,
12   correct?
13   A.   No, did not.
14   Q.   Did you ever speak to the union about the
15   use of the word slut by the members of the
16   department?
17   A.   No, I did not.
18   Q.   Are you aware the Chief ever referring -- of
19   the Chief ever calling anybody in the department a
20   slut?
21   A.   Referring to a specific person?
22   Q.   Correct.
23   A.   No.