UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 2004CV10791RCL

SUSAN SEARLE,

    Plaintiff,

v.                                                                                    STIPULATION OF DISMISSAL

TOWN OF SALISBURY and LAWRENCE STREETER,

    Defendants.

Now come the parties in the above-captioned matter, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and hereby stipulate to the dismissal, with prejudice, of the above-captioned matter as to all parties and all claims with each party bearing its own costs and attorney's fees and waiving all rights of appeal.

| PLAINTIFF | DEFENDANTS |
|---|---|
| SUSAN SEARLE | TOWN OF SALISBURY and LAWRENCE STREETER, |
| By her Attorneys, | By their Attorneys, |
| /s/ Paul J. Klehm | /s/ Joseph Fair (by PJK, with permission) |
| James B. Krasnoo (BBO#279300) | David Jenkins (BBO # 251000) |
| Paul J. Klehm (BBO#561605) | Joseph Fair (BBO # 637818) |
| Krasnoo/Klehm LLP | Kopelman and Paige, P.C. |
| 23 Main Street, Terrace Level | 101 Arch Street, 12th Floor |
| Andover, MA 01810 | Boston, MA 02116 |
| (978) 475-9955 | (617) 556-0007 |
| Dated: June 28, 2007 | Dated: June 28, 2007 |

317969/60700/0143